USDC SCAN INDEX SHEET











STEPHEN W BONEY INC

BONEY SERVICES INC

RYC   1/6/98   9:11
3:95-CV-00491
*90*
*DECL.*



ARTER & HADDEN
DENNIS MCATEER - STATE BAR NO. 57735
TERRY J. MOLLICA - STATE BAR NO. 139816
201 California Street, 14th Floor
San Francisco, CA 94111

HENRY G. KOHLMANN - STATE BAR NO. 61757
Jamboree Center
Five Park Plaza, Suite 1000
Irvine, California 92614-8528
Telephone: (714) 252-7500
Facsimile: (714) 833-9604

Attorneys For Plaintiff
Stephen W. Boney, Inc.

ORIGINAL

FILED

JAN - 5 1998

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

95 cv 491-E

Stephen W. Boney, Inc.,

    Plaintiff,

    v.

Boney's Services, Inc.,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 98,225

DECLARATION OF STEPHEN W. BONEY
IN SUPPORT OF MOTION FOR PARTIAL
SUMMARY JUDGMENT

HEARING:

Date: February 2, 1998
Time: 10:30 a.m.
Dept.: 3

Judge: William B. Enright

I, STEPHEN W. BONEY, declare as follows:

    1. I am President of Stephen W. Boney, Inc., plaintiff in this action. I make this declaration upon facts within my personal knowledge and if called upon to do so, I could and would competently testify thereto.

    2. I am informed and believe that defendant Boney's Services, Inc. ("BSI"), which was not formed until sometime in 1988, claims priority of use of trademarks and service marks. I am also informed and believe that BSI's claimed trademark and service mark rights were purportedly acquired through its 1988 merger with Boney's Services, Ltd. ("Boney's Services"),

ARTER & HADDEN
201 California Street
14th Floor
San Francisco, California
94111

32831.
64232/52978

90

1   a California partnership.   Allegedly, Boney's Services acquired the trademark and service mark

2   rights from Boney & Boney, Inc. ("B&B"), a corporation which I am informed was dissolved in

3   1988. This declaration is intended to detail the prior use of the trade and service marks by

4   plaintiff and its predecessors.

5       3.   I opened my first store under the trade name "Boney's Marketplace" in Pacific

6   Beach on November 1, 1985, which I operated through a partnership ("the Pacific Beach

7   store").   On July 26, 1986, I opened a store in Escondido using the same trade name, which I

8   operated as a sole proprietorship ("the Escondido store").   On or about October 17, 1986, the

9   Escondido Store was incorporated as Stephen W. Boney, Inc. ("SWB"). SWB is a California

10   corporation currently in good standing in the state of California.

11       4.   SWB opened a "Boney's Marketplace" store in Denver, Colorado in 1989 and

12   shipped in interstate commerce the same goods sold in the Escondido store which bore the

13   Boney's Marketplace trademark.   SWB also has engaged in limited interstate mail order sales

14   advertising the Boney's Marketplace goods for shipment in interstate commerce direct to end

15   user customers.   Some goods were sold directly to customers through such mail-order sales, in

16   other states.

17       5.   SWB's stores were at all times independent of and from BSI and all of its claimed

18   predecessors, including Boney's Services and B&B.   At all times  herein mentioned, I and my

19   partners had full and complete control of the operations of the Pacific Beach store and made all

20   determinations of what products the store would carry and how such products would be

21   advertised and displayed.   At all times  herein mention, SWB had full and complete control of

22   the operations of the Escondido and Denver stores and made all determinations of what

23   products the store would carry and how such products would be advertised and displayed.

24       6.   SWB has always had sole discretion as to the source from which it purchased

25   products and controlled the quality thereof for its stores.   SWB purchased from the supplier

26   who provided the best price and the best quality.   SWB purchased vitamins primarily from

27   Vitamere.   SWB also purchased vitamins from Randal as a secondary source.   These suppliers

28   provided private labels for the vitamins at the request of SWB which utilized the mark "Boney's

ARTER & HADDEN
201 California Street
14th Floor
San Francisco, California
94111

32831.        \52978                    2.

1   Marketplace." I had used these suppliers when I owned and operated a stores which utilized

2   the trade name "Windmill Farms" and continued with them when I opened the Boney's

3   Marketplace stores, as has SWB. I sold the "Windmill Farms" stores to my brothers which later

4   became "Boney's Marketplace" stores.

5        7.  SWB used the trademark "Boney's Marketplace" as a trademark on goods it sold

6   since 1986 and was solely responsible for determining to which products it would affix the

7   trademark "Boney's Marketplace" (the "Trademark") and for selecting manufacturers or

8   suppliers for such goods.

9        8.  SWB has also used the trademark "Boney's Marketplace" since 1986 on the

10   following goods: eggs, cheese, packaged nuts and dried fruit which it purchases from its

11   suppliers

12        9.  Attached to this declaration as Exhibits 1 through 37, are the various labels

13   illustrating the use of the trademark "Boney's Marketplace" on various goods.  The marks

14   shown on these labels have been used continuously since 1986 on such goods in substantially

15   the same form as is currently used.

16        10. The goods upon which the trademark "Boney's Marketplace" is used includes

17   specialty breads using recipes which were keep secret from all employees and suppliers except

18   those who needed to handle or use the recipes and then only with the understanding that they

19   were not to be provided to anyone else.  The trademark "Boney's Marketplace" mark was used

20   on such breads since 1986.  These breads are very popular with customers because they do

21   not contain the flour contained in normal breads which cause allergic reactions in some

22   persons. The use of the trademark "Boney's Marketplace" on these specialty bread items

23   caused customers to associate such items with SWB.   Subsequent to SWB's initial use it

24   permitted a Boney's Marketplace store owned or operated by Defendant to make such breads

25   and sell the same under the Boney's Marketplace trademark.  SWB maintained quality by

26   training Defendant's bakers in the proper use and application of the trade secret recipes in

27   order to ensure such  quality.

28        11.  In his letter of November 8, 1989, my brother Stanley Boney acknowledged that

ARTER & HADDEN
201 California Street
14th Floor
San Francisco, California
94111

32831.                    \52978                              3.

these recipes are SWB trade secrets.  A true and correct copy of said letter is attached hereto as Exhibit 38 and incorporated herein by this reference.

12.  In 1989 I disclosed the recipes to Stanley Boney under the condition that they not be disclosed to others and could be used only at Stanley Boney's Hillcrest store in San Diego. Stanley Boney agreed to hold said recipes in confidence and not to disclose them.

13.  Stanley Boney breached my trust and  his own contractual duty by disclosing the recipes to BSI and using them for the benefit of BSI.   Boney further breached his duty of confidentiality by, inter alia, disclosing the recipes to third-party bakers of products distributed by BSI to other stores.  Despite BSI's knowledge of Stan Boney's duty to maintain the secrecy of the recipes, BSI nonetheless used those recipes for its own benefit.  Further, BSI has added flour to at least some of these recipes, in derogation of the quality-control standard placed on the use of the trademark by SWB.

14.  I also sold other private labeled items using the Boney's Marketplace mark in the Escondido Store.  SWB continues this practice.  Since 1986 these included Vitamins and bread items for which labels were printed at a local vendor in Escondido.  The Escondido store also has the capability of printing and applying its private labels for other goods on such items on an as needed basis and does so regularly.

15.  In the past at least one law suit was brought in connection with vitamins sold using the Boney's Marketplace trademark.  SWB and Showendanco, the original manufacturer of the vitamins, were sued as co-defendants in the above mentioned action.  In that action, SWB and Showendanco defended the use and selection of the vitamins sued under the Boney's Marketplace mark.  Neither B&B, Boney's Services, or BSI defended or offer to defend SWB in connection with such law suit and to the best of my knowledge did not defend or offer to defend any other store at any time with regard to such trademarked goods.

16.  Neither B& B, Inc., Boney's Services, Ltd., nor BSI ever inspected any of my stores for quality control.

17.  Neither B&B, Inc., Boney's Services, Ltd, nor BSI question or attempt to control any purchases made by SWB, sales of product by SWB, local advertising by SWB.

ARTER & HADDEN
201 California Street
14th Floor
San Francisco, California
94111

32831.        \52978                        4.

18.   Neither B&B, Inc., Boney's Services, Ltd, nor BSI ever attempted to approve or disapprove, any action taken by SWB with regard to operations or appearance of the Escondido store.

19.   Neither B&B, Inc., Boney's Services, Ltd, nor BSI ever set or described standards of products or services.

20.   Neither B&B, Inc., Boney's Services, Ltd, nor BSI have ever had the right to require that SWB purchase from any specific or designated source.

21.   Neither B&B, Inc., Boney's Services, Ltd, nor BSI have ever sold SWB any of its supplies or equipment.

22.   Neither B&B, Inc., Boney's Services, Ltd, nor BSI have ever required that SWB purchase supplies or equipment from them.

23.   SWB paid no royalties to B&B, Inc., Boney's Services, Ltd, or BSI regarding any alleged license of any trademark or service mark including specifically the term "Boney's Marketplace.". However, since the other Boney's Marketplace stores had ceased advertising in the San Diego Union Tribune, I provided advertising services by advertising "Boney's Marketplace" trademarked goods in the Union Tribune prior to entering into a 1986 Cooperative Advertising Agreement and had been selecting and determining all local advertising for goods sold at the Escondido "Boney's Marketplace" store and continue to do so at the present time.

24.   On or about May 1, 1997, all of the other independent "Boney's Marketplace" stores including those owned by Defendant, abandoned the trade name "Boney's Marketplace" in favor of SWB and adopted a new name "Henry's." I visited some of these stores after the change of trade name and I could find no goods which bore the trademark "Boney's Marketplace." Instead all products bore the trademark "Henry's." I am informed and believe that "Henry's" sells bread products with a variety of trademarks other than "Henry's" and may use the mark "Boney's Marketplace" only on breads BSI bakes.

25.   In view of the change of BSI's name to Henry's, I have no objection to the continued use by BSI of the mark "Boney's Marketplace" in their current market area on the

ARTER & HADDEN
201 California Street
14th Floor
San Francisco, California
94111

32831.        \52978                              5.

1    products they bake, provided the quality associated with SWB is maintained. The public will

2    continue to associate the trademark "Boney's Marketplace" with the several stores of SWB

3    which have continued to use the trade name and the trademark "Boney's Marketplace."

4           I declare under penalty of perjury under the laws of the United States that the foregoing

5    is true and correct.

6           Executed this 31 st day of December 1997, at Escondido, California.

7

8                                                        Stephen W. Boney,
9                                                        Declarant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARTER & HADDEN
201 California Street
14th Floor
San Francisco, California
94111

32831.          \52978                    6.

**TABLE OF**

## INDEX OF EXHIBITS

| Exhibit No. | Date | Description |
|---|---|---|
| 1 | Undated | Escondido Boney's Cinnamon-Raisin Bread flier |
| 2 | Undated | Escondido Boney's Cracked Wheat Bread flier |
| 3 | Undated | Escondido Boney's Currant-Pumpernickel flier |
| 4 | Undated | Escondido Boney's Eastern Rye (16 oz.) flier |
| 5 | Undated | Escondido Boney's Eastern Rye (32 oz.) flier |
| 6 | Undated | Escondido Boney's Ed's Bread (24 oz.) flier |
| 7 | Undated | Escondido Boney's Ed's Bread (32 oz.) flier |
| 8 | Undated | Escondido Boney's Ed's Unsalted & Unsweetened Bread flier |
| 9 | Undated | Escondido Boney's 11 Grain Bread flier |
| 10 | Undated | Escondido Boney's English Muffin Bread flier |
| 11 | Undated | Escondido Boney's Extra Sour Sourdough flier |
| 12 | Undated | Escondido Boney's Kamut flier |
| 13 | Undated | Escondido Boney's Oat Bran Bread flier |
| 14 | Undated | Escondido Boney's Onion Rye (16 oz.) flier |
| 15 | Undated | Escondido Boney's Onion Rye (32 oz.) flier |
| 16 | Undated | Escondido Boney's Pumpernickel flier |
| 17 | Undated | Escondido Boney's Sourdough French (16 oz.) flier |
| 18 | Undated | Escondido Boney's Sourdough French (32 oz.) flier |
| 19 | Undated | Escondido Boney's Sprouted 7-Grain flier |
| 20 | Undated | Escondido Boney's Sprouted Wheat flier |
| 21 | Undated | Escondido Boney's Squaw Bread flier |
| 22 | Undated | Escondido Boney's Sunflower Bread flier |

## INDEX OF EXHIBITS cont.

| Exhibit No. | Date | Description |
|---|---|---|
| 23 | Undated | Escondido Boney's Whole Wheat Eastern Rye (16 oz.) flier |
| 24 | Undated | Escondido Boney's Whole Wheat Eastern Rye (32 oz.) flier |
| 25 | Undated | Escondido Boney's Whole Wheat French Bread (16 oz.) flier |
| 26 | Undated | Escondido Boney's Whole Wheat French Bread (32 oz.) flier |
| 27 | Undated | Escondido Boney's Whole Wheat Onion Rye (16 oz.) flier |
| 28 | Undated | Escondido Boney's Whole Wheat Onion Rye (32 oz.) flier |
| 29 | Undated | Escondido Boney's Lightly Salted Popcorn package |
| 30 | Undated | Escondido Boney's Mountain Spring Water package |
| 31 | 7/24/87 | Escondido Boney's Oat Bran Flakes package |
| 32 | 10/5-10/12/88 | Escondido Boney's advertisement |
| 33 | 3/1-3/8/89 | Escondido Boney's advertisement |
| 34 | 4/21-4/27/94 | Hemet Boney's advertisement |
| 35 | 4/28-5/4/94 | Hemet Boney's advertisement |
| 36 | 5/16-5/24/95 | Escondido Boney's advertisement |
| 37 | 12/9-12/17/97 | Escondido Boney's advertisement |
| 38 | 11/8/89 | Letter to Steve Boney from Stanley Boney re distribution of bread, use of trademark name and cooperative advertising plan |

EXHIBIT 1



## Boney's
## CINNAMON-RAISIN BREAD

Made from Freshly Stone-Ground 100% Whole Wheat Flour, Water, Raisins, Honey, Fresh eggs, Canola Oil, Salt, Yeast and Cinnamon.

### NO PRESERVATIVES USED

Baked By:
Boney's Marketplace
510 W. 13th Ave.
Escondido, CA 92025



NET WT. 24 oz. (1½ lb.)

**EXHIBIT 1**

EXHIBIT  2



**Bonelli's**

## CRACKED WHEAT BREAD

Made from water, unbleach white flour, crack wheat, stone
ground whole wheat flour, fruit sweetener, yeast, salt.
NO OIL OR PRESERVATIVES USED

Baked By:
Bonny's Marketplace
310 W. 13th Ave.
Escondido, CA 92025

**CRACKED WHEAT BREAD**
A NUTRITIONAL SERVING IS 1 SLICE.

| | |
|---|---|
| CALORIES | 108 |
| PROTEIN | 8G |
| FAT | 0.5G |
| CARBOHYDRATE | 18G |
| SODIUM | 136MG |
| CHOLESTEROL | 0 |
| DIETARY FIBER | 1G |

**Carbohydrate Information**

| | |
|---|---|
| DIETARY FIBER | 1G |
| COMPLEX CARBOHYDRATES | 16G |
| SIMPLE SUGAR, FRUIT SWEETENER | 1G |

**Percentage Of U.S. Recommended
Dietary Allowance**

| | |
|---|---|
| PROTEIN | 12% |
| THIAMINE | 3% |
| RIBOFLAVIN | * |
| NIACIN | 2% |
| IRON | 2% |
| CALCIUM | * |

*Less than 2% of U.S. Recommended Dietary Allowance

**NET WT. 24 OZ. (1 1/2 LB.)**

**EXHIBIT 2**

EXHIBIT 3



*Bower's*

## CURRANT-
## PUMPERNICKEL

*Ingredients: 100% flourless bread made from ground sprouts of wheat and rye, water, molasses, honey, salt, yeast, ground caraway seeds and currants.*
NO OIL OR PRESERVATIVES USED.



Baked By:
Bower's Marketplace
510 W. 13th Ave.
Escondido, CA 92025

FRESH DAILY FROM OUR OWN OVENS
**NET WT. 24 oz. (1 1/2 lb.)**

**EXHIBIT 3**

EXHIBIT 4



Bowen's

**EASTERN
RYE**

Made from High Protein Unbleached
Flour, Water, Light Rye Flour, Yeast,
Malt, Salt & Caraway Seeds.
NO OIL OR PRESERVATIVES USED

Baked By:
Boney's Marketplace
510 W. 13th Ave.
Escondido, CA 92025

FRESH DAILY FROM OUR OWN OVENS

**NET WT. 16 OZ. (1 LB.)**

**EXHIBIT 4**

## Bonelli's

### EASTERN RYE

Made from High Protein Unbleached
Wheat Flour, Water, Light Rye Flour, Yeast,
Malt, Salt & Caraway Seeds.
NO OIL OR PRESERVATIVES USED

Baked By:
Boney's Marketplace
510 W. 13th Ave.
Escondido, CA 92025

FRESH DAILY FROM OUR OWN OVENS
**NET WT. 32 OZ. (2 LB.)**

**EXHIBIT 5**

EXHIBIT 6



# Bonell's

# ED'S BREAD

An old-fashioned crunchy textured bread made from ground wheat sprouts, freshly stone-ground 100% whole wheat flour, water, honey, salt & yeast
NO OIL OR PRESERVATIVES USED



Baked By:
Bonny's Marketplace
510 W. 13th Ave.
Escondido, CA 92025

**ED'S BREAD**
A NUTRITIONAL SERVING IS 1 SLICE.
CALORIES ......... 120
PROTEIN ........... 4G
FAT .................. 0.6G
CARBOHYDRATE ... 26G
SODIUM ............ 289MG
CHOLESTEROL ...... 0
DIETARY FIBER ...... 5G

Percentage Of U.S. Recommended Dietary Allowance
PROTEIN ............ 7%
THIAMINE ........... 11%
RIBOFLAVIN ......... 4%
NIACIN .............. 9%
IRON ................ 6%
CALCIUM .......... *
*Less than 2% of U.S. Recommended Dietary Allowance

Carbohydrate Information
DIETARY FIBER ............. 5G
COMPLEX CARBOHYDRATES ... 18G
SIMPLE SUGAR .............. 3G

NET WT. 24 OZ. (1 1/2 LB.)

**EXHIBIT 6**

EXHIBIT 7



# ED'S BREAD

Bowen's

An old-fashioned crunchy textured bread made from ground wheat sprouts, freshly stone-ground 100% whole wheat flour, water, honey, salt & yeast NO OIL OR PRESERVATIVES USED



Baked By:
Bowy's Marketplace
510 W. 13th Ave.
Escondido, CA 92025

## FRESH DAILY FROM OUR OWN OVENS

### ED'S BREAD
A NUTRITIONAL SERVING IS 1 SLICE.

| | | Percentage Of U.S. Recommended Dietary Allowance |
|---|---|---|
| CALORIES | 120 | |
| PROTEIN | 4G | PROTEIN ........ 7% |
| FAT | 0.6G | THIAMINE ........ 11% |
| CARBOHYDRATE | 25G | RIBOFLAVIN ........ 4% |
| SODIUM | 289MG | NIACIN ........ 9% |
| CHOLESTEROL | 0 | IRON ........ 6% |
| DIETARY FIBER | 5G | CALCIUM ........ * |

*Less than 2% of U.S. Recommended Dietary Allowance

### Carbohydrate Information
| | |
|---|---|
| DIETARY FIBER | 5G |
| COMPLEX CARBOHYDRATES | 18G |
| SIMPLE SUGAR | 3G |

## NET WT. 32 OZ. (2 LB.)

**EXHIBIT 7**

EXHIBIT 8

Romero's

# ED'S
## Unsalted &
## Unsweetened
## BREAD

An old-fashioned crunchy textured bread made from
ground wheat sprouts, freshly stone-ground 100%
whole wheat flour, water and yeast.
NO OIL OR PRESERVATIVES USED. REFRIGERATE

Baked By:
Boney's Marketplace
510 W. 13th Ave.
Escondido, CA 92025

FRESH DAILY FROM OUR OWN OVENS
NET WT. 24 OZ (1 1/2 LB.)

**EXHIBIT 8**

EXHIBIT 9

*Boney's*
MARKETPLACE

- *Low in Fat!*
- *Cholesterol Free!*
- *No Preservatives or Additives*

# 11 Grain Bread



## Nutritional Information

*(per slice)*

| | |
|---|---|
| Calories | 106 |
| Carbohydrates | 21 g |
| Protein | 5 g |
| Fat | 1 g |
| Fiber | 3 g |
| Cholesterol | 0 mg |
| Sodium | 153 mg |
| Potassium | 81 mg |

## Ingredients

Whole wheat flour, sprout wheat berries, cracked wheat, oats, rye, barley, triticale, millet, rice bran, wheat germ, flaxseed, sunflower seeds, corn, water, honey, salt and yeast.

*(Please refrigerate to preserve freshness)*

**NET WT. 24 oz. (1 1/2 lb.)**

510 W. 13th Ave.   Escondido, CA  92025

**EXHIBIT 9**



# Bowen's
# ENGLISH MUFFIN BREAD

Made from high gluten flour, honey, vinegar, yeast, and salt.
NO OIL OR PRESERVATIVES USED



Baked By:
Bowen's Marketplace
510 W. 13th Ave.
Escondido, CA 92025

**ENGLISH MUFFIN BREAD**
A NUTRITIONAL SERVING IS 1 SLICE.

| | |
|---|---|
| CALORIES | 116 |
| PROTEIN | 12gm |
| FAT | 0.55gm |
| CARBOHYDRATE | 15.5gm |
| SODIUM | 93MG |
| CHOLESTEROL | 0 |
| DIETARY FIBER | .6gm |

**Percentage Of U.S. Recommended Dietary Allowance**

| | |
|---|---|
| PROTEIN | 27% |
| THIAMINE | * |
| RIBOFLAVIN | * |
| NIACIN | * |
| IRON | * |
| CALCIUM | * |

*Less than 2% of U.S. Recommended Dietary Allowance

**Carbohydrate Information**

| | |
|---|---|
| DIETARY FIBER | .6G |
| COMPLEX CARBOHYDRATES | 13.3G |
| SIMPLE SUGAR | 1.6G |

**NET WT. 16 OZ. (1 LB.)**

EXHIBIT 10

EXHIBIT 11



## Nutrition Facts

Serving Size 2 oz (56.7 G)
Servings Per Container  8

| Amount Per Serving | | 56.7 |
|---|---|---|
| Calories 144   Calories From Fat | | 10 |
| | | % of Daily Value |
| Total Fat 1.1g | | 2% |
| Saturated Fat  2g | | 1% |
| Cholesterol 0mg | | 0% |
| Sodium 184mg | | 8% |
| Total Carbohydrates 27g | | 9% |
| Dietary Fiber 1g | | 4% |
| Sugars 0 | | |
| Protein 6g | | 12% |
| Vitamin A " | Vitamin C | 13% |
| Calcium        2%    Iron | | 10% |

*Percent daily values are based on 2,000 calorie diet.  Your daily values may be higher or lower depending on your caloric needs.
" less than 2%

**No Cholesterol**

**No Additives or Preservatives**

# BONEY'S
## MARKETPLACE

## Extra Sour Sourdough

### Ingredients:

High Gluten flour, natural sour flavor, natural fermented lactic acid, vinegar, corn flour, sodium, silico aluminate (a processing aid), wheat flour, vital wheat gluten, salt, water, malted barley flour, dough conditioner (diacetyl tartaric acid, esters of mono and diglycerides, sodium stearoyl lactylate, calcium carbonate, calcium sulphate, citric acid, enzyme for improved bake, ascorbic acid, L Cysteine, potassium bromate, azodicabonamidy, yeast

*(Please refrigerate to preserve freshness)*

Net Weight: 24 oz (1 lb 8 oz) 672g

Baked by: Boney's Marketplace, 510 W. 13th Ave., Escondido, CA 92025

**EXHIBIT 11**

EXHIBIT 12



# KAMUT

A 100% flourless bread made from ground kamut sprouts, wheat gluten, fruit sweetner, malt, yeast, salt.
NO OIL OR PRESERVATIVES USED

Based By:
Boney's Marketplace
510 W. 13th Ave.
Escondido, CA 92025



SPROUTED KAMUT BREAD
A NUTRITIONAL SERVING IS 1 SLICE

| | |
|---|---|
| CALORIES | 115 |
| PROTEIN | 6G |
| FAT | 0.8G |
| CARBOHYDRATE | 22G |
| SODIUM | 146MG |
| CHOLESTEROL | 0 |
| DIETARY FIBER | 3G |

Percentage Of U.S. Recommended
Dietary Allowance

| | |
|---|---|
| PROTEIN | 13% |
| THIAMINE | 10% |
| RIBOFLAVIN | 4% |
| NIACIN | 9% |
| IRON | 7% |
| CALCIUM | * |

*Less than 2% of U.S. Recommended Dietary Allowance

Carbohydrate Information

| | |
|---|---|
| DIETARY FIBER | 3G |
| COMPLEX CARBOHYDRATES | 18G |
| SIMPLE SUGAR (FRUIT SWEETNER) | 1G |

NET WT. 24 OZ. (1 1/2 LB.)

**EXHIBIT 12**

EXHIBIT 12




# Bower's
# OAT BRAN BREAD

INGREDIENTS: 100% Whole Wheat Flour, Water, Oat Bran, Wheat Bran, Hi-Gluten Flour, Honey, Molasses, Rolled Oats, Yeast, Salt. NO OIL OR PRESERVATIVES USED

Baked By:
Bower's Marketplace
510 W. 13th Ave.
Escondido, CA 92025

OAT BRAN BREAD

A NUTRITIONAL SERVING IS 1 SLICE.

| | |
|---|---|
| CALORIES | 107 |
| PROTEIN | 6G |
| FAT | 0.6G |
| CARBOHYDRATE | 20G |
| SODIUM | 170MG |
| CHOLESTEROL | 0 |
| DIETARY FIBER | 3G |

Percentage Of U.S. Recommended Dietary Allowance

| | |
|---|---|
| PROTEIN | 10% |
| THIAMINE | 8% |
| RIBOFLAVIN | 5% |
| NIACIN | 7% |
| IRON | 7% |
| CALCIUM | 3% |

Carbohydrate Information

| | |
|---|---|
| DIETARY FIBER | 3G |
| COMPLEX CARBOHYDRATES | 13G |
| SIMPLE SUGAR | 4G |

NET WT. 24 OZ. (1 1/2 LB.)

EXHIBIT 13



**Boney's**

## ONION
## RYE

Made from Unbleached Flour,
Water, Light Rye Flour, Onions,
Yeast, Malt, Salt & Caraway Seeds.
**NO OIL OR PRESERVATIVES USED**

Baked By:
Boney's Marketplace
510 W. 13th Ave.
Escondido, CA 92025

**NET WT. 16 oz. (1 lb.)**

EXHIBIT 14





**Boney's**

## ONION RYE

Made from Unbleached Flour,
Water, Light Rye Flour, Onions,
Yeast, Malt, Salt & Caraway Seeds.
NO OIL OR PRESERVATIVES USED

Baked By:
Boney's Marketplace
510 W. 13th Ave.
Escondido, CA 92025

FRESH DAILY FROM OUR OWN OVENS
NET WT. 32 OZ. (2 LB.)

**EXHIBIT 15**

**Boney's PUMPERNICKEL**

A 100% flourless bread made from ground sprouts of wheat and rye with water, mollasses, honey, salt, caraway seed and yeast.
NO OIL OR PRESERVATIVES USED.

Baked By:
Boney's Marketplace
510 W. 13th Ave.
Escondido, CA 92025

FRESH DAILY FROM OUR OWN OVENS
NET WT. 24 OZ. (1 1/2 LB.)

**EXHIBIT 16**



*Rowell's*

## SOURDOUGH FRENCH

Unbleached White Flour, Water, Natural Sourdough Starter, Yeast, and Salt.

Baked By:
Bowen's Marketplace
510 W. 13th Ave.
Escondido, CA 92025



NET WT. 1 LB (16 oz.)

**EXHIBIT 17**



**Romeri's**

# SOURDOUGH FRENCH

Unbleached White Flour, Water, Natural Sourdough Starter, Yeast, and Salt.

Baked By:
Romeri's Marketplace
510 W. 13th Ave.
Escondido, CA 92025



FRESH DAILY FROM OUR OWN OVENS

## NET WT. 32 OZ. (2 LB.)

**EXHIBIT 18**

EXHIBIT 19



# Bowen's SPROUTED 7-GRAIN

A 100% flourless bread made from ground sprouts of wheat, rye, corn, barley, millet, oats and rice with honey, water, salt and yeast

NO OIL OR PRESERVATIVES USED



Baked By:
Bowen's Marketplace
510 W. 13th Ave.
Escondido, CA 92025

## SPROUTED 7-GRAIN BREAD
A NUTRITIONAL SERVING IS 1 SLICE.

| | |
|---|---|
| CALORIES | 119 |
| PROTEIN | 4G |
| FAT | 0.6G |
| CARBOHYDRATE | 26G |
| SODIUM | 137MG |
| CHOLESTEROL | 0 |
| DIETARY FIBER | 5G |

### Percentage Of U.S. Recommended Dietary Allowance

| | |
|---|---|
| PROTEIN | 6% |
| THIAMINE | 8% |
| RIBOFLAVIN | 4% |
| NIACIN | 10% |
| IRON | 18% |
| CALCIUM | * |

*Less than 2% of U.S. Recommended Dietary Allowance

### Carbohydrate Information

| | |
|---|---|
| DIETARY FIBER | 5G |
| COMPLEX CARBOHYDRATES | 19G |
| SIMPLE SUGAR | 2G |

NET WT. 24 oz. (1½ lb.)

EXHIBIT 19





## Romero's

# SPROUTED WHEAT

A 100% flourless bread made from ground
sprouts of wheat with honey, water, salt and yeast
NO OIL OR PRESERVATIVES USED

Baked By:
Romey's Marketplace
510 W. 13th Ave.
Escondido, CA 92025

**SPROUTED WHEAT BREAD**
A NUTRITIONAL SERVING IS 1 SLICE.

| | |
|---|---|
| CALORIES | 119 |
| PROTEIN | 4G |
| FAT | 0.6G |
| CARBOHYDRATE | 26G |
| SODIUM | 275MG |
| CHOLESTEROL | 0 |
| DIETARY FIBER | 5G |

**Percentage Of U.S. Recommended Dietary Allowance**

| | |
|---|---|
| PROTEIN | 6% |
| THIAMINE | 8% |
| RIBOFLAVIN | 4% |
| NIACIN | 10% |
| IRON | 18% |
| CALCIUM | * |

*Less than 2% of U.S. Recommended Dietary Allowance

**Carbohydrate Information**

| | |
|---|---|
| DIETARY FIBER | 5G |
| COMPLEX CARBOHYDRATES | 19G |
| SIMPLE SUGAR | 2G |

NET WT. 24 OZ. (1 1/2 LB.)

**EXHIBIT 20**



**510 W. 13TH AVE.,**
**ESCONDIDO, CA 92025**

# Squaw
# Bread

Made from high glutin flour, bran
flour, whole wheat flour, rye flour,
water, molasses, salt & yeast.

Net Wt. 24 oz. (1 1/2 lb.)

**EXHIBIT 21**




# Bowen's SUNFLOWER BREAD

Made from stone ground whole wheat, sprouted wheat,
sunflower seeds, honey, yeast, and salt.
NO OIL OR PRESERVATIVES USED

Baked By:
Bowen's Marketplace
510 W. 13th Ave.
Escondido, CA 92025

### Percentage Of U.S. Recommended Dietary Allowance

| | |
|---|---|
| PROTEIN | 10% |
| THIAMINE | 11% |
| RIBOFLAVIN | 4% |
| NIACIN | 9% |
| IRON | 7% |
| CALCIUM | * |

*Less than 2% of U.S. Recommended Dietary Allowance

### SUNFLOWER BREAD
A NUTRITIONAL SERVING IS 1 SLICE.

| | |
|---|---|
| CALORIES | 124 |
| PROTEIN | 5gm |
| FAT | 2gm |
| CARBOHYDRATE | 24gm |
| SODIUM | 261MG |
| CHOLESTEROL | 0 |
| DIETARY FIBER | 4gm |

### Carbohydrate Information

| | |
|---|---|
| DIETARY FIBER | 4G |
| COMPLEX CARBOHYDRATES | 18G |
| SIMPLE SUGAR | 2G |

NET WT. 24 OZ. (1 1/2 LB.)

**EXHIBIT 22**



*Romeo's*

WHOLE WHEAT
**EASTERN
RYE**

Made from High Protein Unbleached
Wheat Flour, Water, Light Rye Flour, Yeast,
Malt, Salt & Caraway grd., Corn Meal.
NO OIL OR PRESERVATIVES USED

Baked By:
Boney's Marketplace
510 W. 13th Ave.
Escondido, CA 92025



NET WT. 16 OZ. (1 LB.)

**EXHIBIT 23**

EXHIBIT 24



**Bonnie's** WHOLE WHEAT
**EASTERN RYE**

Made from High Protein Unbleached
Whole Wheat Flour, Water, Light Rye Flour, Yeast,
Malt, Salt and Caraway Seeds.
**NO OIL OR PRESERVATIVES USED**

Baked By:
Bonny's Marketplace
510 W. 13th Ave.
Escondido, CA 92025

FRESH DAILY FROM OUR OWN OVENS
**NET WT. 32 OZ. (2 LB.)**

**EXHIBIT 24**



# Boney's
## WHOLE WHEAT FRENCH BREAD

Made from Unbleached Flour, Stone-Ground Whole Wheat Flour, Water, Salt and Yeast.
NO SWEETNERS, OILS, FATS OR PRESERVATIVES USED

Baked By:
Boney's Marketplace
510 W. 13th Ave.
Escondido, CA 92025



NET WT. 16 oz. (1 lb.)

**EXHIBIT 25**

EXHIBIT 26



**Boney's**

**WHOLE WHEAT FRENCH BREAD**

Made from Unbleached Flour, Stone-Ground
Whole Wheat Flour, Water, Salt and Yeast.
NO SWEETNERS, OILS, FATS OR
PRESERVATIVES USED

Baked By:
Boney's Marketplace
510 W. 13th Ave.
Escondido, CA 92025

FRESH DAILY FROM OUR OWN OVENS
NET WT. 32 OZ. (2 LB.)

**EXHIBIT 26**

EXHIBIT 27



## Bowens

### WHOLE WHEAT
### ONION RYE

Made from Whole Wheat Flour, Water,
Light Rye Flour, Onions, Yeast, Malt,
Salt, Ground Caraway and Poppy Seeds
NO OIL OR PRESERVATIVES USED

Baked By:
Boney's Marketplace
510 W. 13th Ave.
Escondido, CA 92025



FRESH DAILY FROM OUR OWN OVENS
NET WT. 16 OZ. (1 LB.)

**EXHIBIT 27**

EXHIBIT 28



**Bonny's**

WHOLE WHEAT
**ONION RYE**

Made from Whole Wheat Flour, Water,
Light Rye Flour, Onions, Yeast, Malt,
Salt, Ground Caraway and Poppy Seeds
NO OIL OR PRESERVATIVES USED

**NET WT. 32 OZ. (2 LB.)**

Baked By:
Boney's Marketplace
510 W. 13th Ave.
Escondido, CA 92025



**EXHIBIT 28**

EXHIBIT 29



**EXHIBIT 29**



**EXHIBIT 30**

EXHIBIT 31



**BONEY'S** MARKETPLACE

*Crispy Golden* **Oat Bran Flakes**

Boney's is celebrating a half century of offering quality products at down to earth prices. Since 1942 Boney's markets in San Diego have focused on offering the best and freshest produce available. In addition to specializing in meeting your produce needs, we enhance your shopping experience by providing a wide variety of bulk products, natural foods, whole grain bakery items, vitamins, and world-wide cheeses.

In particular, our Oat Bran Flakes are an excellent choice of dietary fiber, containing 3 grams per serving while keeping the fat content at only 1 gram per 1 oz. serving.



Distributed by:
Boney's Marketplace
510 W. 13th Street
Escondido, CA 92025

**BONEY'S** MARKETPLACE *Crispy Golden* **Oat Bran Flakes**



**BONEY'S** MARKETPLACE

*Crispy Golden* **Oat Bran Flakes**

**No Fat Added**

**NO REFINED SUGAR. SWEETENED WITH FRUIT JUICE**

NET WT. 16 OZ. (1 LB.) 454 gm



**BONEY'S** MARKETPLACE *Crispy Golden* **Oat Bran Flakes**

**EXHIBIT 31**
**PAGE 1**



**BONEY'S** *Crispy Golden* **Oat Bran Flakes**

**BONEY'S MARKETPLACE** *Crispy Golden* **Oat Bran Flakes**

## Nutrition Facts

Serving Size 1 oz. (28 grams)
Servings Per Container 16

**Amount Per Serving**

| | |
|---|---|
| **Calories** 100 | Calories from Fat 10 |

**% Daily Value***

| | |
|---|---|
| **Total Fat** 1g | **2%** |
| Saturated Fat *Not a significant source* | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 10mg | **1%** |
| **Total Carbohydrate** 22g | **8%** |
| Dietary Fiber 3g | **12%** |
| Sugars 5g | |
| **Protein** 3g | |

| | | | |
|---|---|---|---|
| Vitamin A ** | • | Vitamin C ** | |
| Calcium ** | • | Iron 4% | |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs

**Contains less than 2% Daily Value of these nutrients.

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram.
Fat 9 • Carbohydrate 4 • Protein 4

Ingredients: Whole Grain Oats, Oat Bran, Mixed Fruit Juice Concentrate (Pineapple, Pear and Peach), Brown Rice, Rye, Corn, Malted Barley.

This package is sold by weight, not volume. Contents may settle during shipping. Consumer: Please include the date portion on this Oat Bran Flakes box top with all correspondence.


recycled



### BONEY'S BANANA OAT BRAN CAKE

1-1/2 cups mashed bananas
2/3 cup honey
1 tablespoon oil
6 egg whites
1 teaspoon cinnamon
1/2 teaspoon nutmeg
2 tablespoons buttermilk

1-1/2 teaspoons vanilla
1-1/4 cup whole wheat flour
1 cup all purpose flour
1 tablespoon baking soda
1 teaspoon baking powder
sprinkle of cinnamon
1/2 cup crushed Boney's Oat Bran Flakes

**DIRECTIONS:** Whisk first 10 ingredients in a large mixing bowl. Mix together flour, soda, and baking powder and add, all at once, whisking just until blended. Do not overmix. Spread evenly in a 9 x 13 inch non-stick baking pan. Sprinkle cinnamon on top, then crushed Oat Bran Flakes. May dot with butter or margarine if desired. Bake in a 350° oven for 25 minutes or just until cake tester or toothpick inserted in center comes out clean. Makes 12 servings.

### BONEY'S COCONUT CRUNCHIES

4 egg whites
1/2 cup honey
1 teaspoon vanilla
1/2 cup chopped walnuts

1/2 cup crushed date pieces or chunks
2 cups shredded coconut
2 cups Boney's Oat Bran Flakes

**DIRECTIONS:** Beat egg whites with electric mixer on high speed until foamy. Gradually beat in honey and vanilla and continue beating until whites are thick and shiny. Fold in nuts, dates, coconut, and cereal by hand. Form into teaspoon size round cookies, press together well (mix will be crumbly), and place on non-stick cookie sheets. Bake in a 350° oven for approximately 20 minutes or until golden brown. Makes 36 to 40 cookies.

### BONEY'S DATE-OAT BRAN COOKIES

1 cup Boney's Oat Bran Flakes
1/2 cup dates
1/2 cup raisins (may use only dates if desired)
2 egg whites, unbeaten
4 egg whites, beaten

2 tablespoons honey
1 teaspoon vanilla
1 teaspoon cinnamon
1/2 cup whole wheat flour
1/2 teaspoon baking powder

**DIRECTIONS:** Chop Oat Bran Flakes in a blender or food processor. Blend in dates and 2 egg whites until dates are well mashed. Place date mixture in a large mixing bowl and set aside.

Beat 4 egg whites in an electric mixer until foamy. Gradually beat in honey and vanilla and continue beating until whites are thick and shiny. Mix together cinnamon, flour, and baking powder. Reduce speed and lightly fold dry ingredients into whites. Stir 1/2 of the egg white mixture into the date mixture, then carefully fold in the remaining egg white mixture.

Drop by spoonfuls onto two non-stick cookie sheets and bake in a 350° oven for approximately 20 minutes or until light brown. Makes 30 to 36 cookies.

OPEN OTHER END

**EXHIBIT 31**

**PAGE 2**

EXHIBIT 32



**Boney's**
MARKETPLACE

EFFECTIVE 10-5 THRU 10-12, 1988

# Fall Harvest
## OF SPECIALS!

## RED DELICIOUS
# APPLES
**4** LBS / **$1**

## RAW ALMONDS
New crop from the San Joaquin Valley
**$2 49** LB



Raw or Roasted & Salted
## CASHEW PIECES
**$2 49** LB

New Crop
## MEDJOOL DATES
**$2 69** LB
Just arrived from the Coachella Valley!



# MONTEREY JACK OR
# COLBY CHEESE
**$1 69** LB

**510 WEST 13TH AVE.**
**ESCONDIDO**        **745-2141**

- - - - COUPON - - - -
**BONEY'S**

## LARGE EGGS
**49¢** DZ

With purchase of $10.00 or more.
1 coupon per customer, 1 dozen eggs per coupon.

EXHIBIT 32
PAGE 1

0000001303

# PANTRY

## HAIN
## SAFFLOWER OIL

# $2 39

**1 QT**

All natural 100% pure expeller pressed. Contains no cholesterol or preservatives.

## MILLER
## WILD FLOWER HONEY

# $2 79

**3 LB CAN**

100% pure and natural, raw unfiltered and uncooked.

### Lapidus POPCORN — 99¢ 5 OZ
Ready to Eat! Choose from cheese or natural herb flavor. All natural.

### Spike SEASONING — $1 19 3 OZ
A special blend of 39 flavorful herbs, spices & vegetables. Contains no chemicals.

### Boney's PASTA SAUCE — $2 29 32 OZ
Boney's own private recipe. All natural, no preservatives.

### Boney's or Heinke's APPLE JUICE — 1 69 ½ Gal
Boney's own private recipe. All natural, no preservatives.

### Hain-Mini RICE CAKES — 99¢ 4 OZ
Assorted flavors, great for school lunches. All natural.

### Boney's MAYONNAISE — $1 89 24 OZ
Cold pressed, all natural, no preservatives.

### Health Valley Your Choice HONEY or FRUIT JUMBOS – OAT BRAN COOKIES — $1 69 8.25 OZ

### Knudsen CHERRY CIDER OR TROPICAL PUNCH — $1 59 32 OZ

# VITAMINS

## YERBA PRIMA
## PSYLLIUM HUSKS

Extra Absorbent to Keep Your Colon Clean

# $4 95
**12 oz.**

### Living Source DAILY MAINTENANCE — $14 99 90 Tabs
100% Food Grown Multiple Vitamin & Mineral – Highest Absorbence.

### Boney's TRYPTOPHAN — $3 99 30 Caps
500 mg. This will give you a good night's rest.

### Twin Labs CALCIUM, MAGNESIUM & OROTATE — $5 95 50 Caps

### Solaray MULTIDOPHILUS — $5 95 100 Caps
3 types of friendly acidophilus for better digestion.

# BULK

## SUPER MOIST PRUNES

# 99¢
**LB**

Just 10 prunes contain 1669 IU vitamin A, B vitamins and C, calcium, 626 mg potassium and more.

### Date PIECES — $1 69 LB
Great for baking or snacking.

### Chocolate APPEALS — $1 99 LB
Tasty chocolate drops – a special treat.

## Khadrawi DATES

# DELI

## Wisconsin Mammoth
## SHARP CHEDDAR
Aged 2 years in 500 lb mammoth wheels. See it on display!

# $2 99
**LB.**

## Wisconsin
## BABY SWISS
Creamy white, sweet nutty flavor.

# $2 39
**LB.**

EXHIBIT 32
PAGE 2

0000001304

Case 2:05-cv-00401-E-RCR   Document 92   Filed 01/05/08   Page 77 of 106

# BINS

## BULK
## GRANOLA

$ **1** 09
**LB**

Delicious assorted varieties. The all natural cereal or snack food.

Fresh **PEANUT BUTTER** $ **1** 69 LB
Ground fresh daily! Just peanuts and nothing more!

Roasted or Raw **TRAIL MIX** $ **1** 99 LB
A perfect snack for lunch boxes or around the l

$ **1** 69 **LB**

# CASE

## Monterey
## JACK CHEESE
Mild and creamy. Great for casseroles!
$ **1** 69 LB

## The Freshest
**60%** $ **3** 99
BRIE
LB

# PRODUCE

## BARTLETT
# PEARS

**3** LBS $ **1**

## RED GARNET
## YAMS
**3** LBS $ **1**

# DAIRY

## Alta Dena
## ICE MILK
$ **1** 59
½ Gal.
Low in fat and calories. Assorted flavors.

## MILK
Dairy Mart Low Fat **79¢** ½ Gal.

## YOGURT
Alta Dena European **49¢** 6 OZ

0000001305

EXHIBIT 32
PAGE 3



**Featuring . . .**
**Fine Beef, Pork, Poultry,**
**Seafood and Specialty Items.**
**Fresh to You Everyday!**

# POULTRY

### Foster Farms Whole Body
# FRYERS
# 69¢ LB
No hormones or preservatives.

**Foster Farms**
**CORNISH GAME HENS** $1 29 LB
Stuff with wild rice and apples! Oh, so good!

**Foster Farms**
**ROASTING CHICKENS** $1 29 LB
Perfect for an old-fashioned chicken dinner!

### Ground
# TURKEY
# 89¢ LB

**Foster Farms**
**CHICKEN BREASTS** $1 99 LB

**Foster Farms**
**CHICKEN THIGHS** 99¢ LB

**Foster Farms**
**CHICKEN DRUMSTICKS** 99¢ LB

# BEEF

### Eye of Round
# ROAST
# $2 99 LB
Great on the grill!

**Farmstead**
**CENTER CUT BONELESS PORK LOIN** $2 99 LB
Good for roast or chops.

**Meaty**
**HAM HOCKS** $1 69 LB
Just what you need for your favorite pot of beans! ...

### Fresh
# RABBITS
Low in Cholesterol $2 49 LB

**Slab**
**BACON** $2 99 LB
Nitrite Free!

**German**
**BOCKWURST** $3 89 LB
Try it on the BBQ or in a casserole.

**Extra Lean**
**STEWING BEEF** $2 49 LB
Ready for your favorite stew recipe!

# SEAFOOD

### Fresh
# RED SNAPPER
# $2 29 LB
Mild, flakey, flavorful fish.

**ORANGE ROUGHY** $3 99 LB
Light, delicate fish.

**Fresh**
**OYSTERS** $2 29 EA
Great for oyster shooters! 8 OZ JAR

### Large
# SHRIMP
# $5 99 LB

**Swordfish**
**STEAKS** $5 99 LB
Great on the grill!

**Fresh**
**YELLOW TAIL** $3 99 LB
Firm fish packed with flavor.

**Boney's**
**ALL NATURAL TARTAR OR COCKTAIL SAUCE** $1 39 EA
9 OZ JAR

EXHIBIT 32
PAGE 4

0000001306

EXHIBIT 33



# Boney's
### MARKETPLACE

## THE FRESH EDITION!

**Effective 3-1-89 thru 3-8-89**

## BULK OAT BRAN
# $1^{59}
LB

### RED FLAME
## SEEDLESS GRAPES
# 49¢
LB




### R.W. KNUDSEN
## APPLE JUICE
# $1^{49}
1/2 gal

**Pure unfiltered apple juice.
No additives or preservatives.**

### SPLIT
## CHICKEN BREAST
# $1^{49}
LB

**ROASTED & SALTED**
## CASHEW PIECES.... $2^{49} LB

**RAW**
## CASHEW PIECES..... $1^{99} LB

510 W. 13TH AVE   **ESCONDIDO**   745-2141

0000001291

EXHIBIT 33
PAGE 1

# BULK BIN BONANZA

**LUNDBERG LONG OR SHORT GRAIN**

## BROWN RICE
**3 $1 LBS**

**BLACK**

## MISSION FIGS
**$1 39 LB**

**RAW**

## CASHEW PIECES
**$1 99 LB**

**POPCORN. 39¢ LB**

**THOMPSON SEEDLESS RAISINS... 99¢ LB**

**FRESH BULK - RAW ALMONDS.. $2 49 LB**

**CHOCOLATE APPEALS... $1 79 LB**

**SUPER MOIST PRUNES.... $1 19 LB**

**LIGHT HALVES & PIECES WALNUTS.. $2 49 LB**

**EUROPEAN FAVORITE LIGHT MUSELI... $1 69 LB**

**NEW CROP DEGLET DATES... $1 99 LB**

**FRESH GROUND PEANUT BUTTER... $1 69 LB**

# PANTRY PARLOR

**SAPORE EXTRA VIRGIN**

## OLIVE OIL
**$3 99 1 LTR**

**Hain Pourable**

## SALAD DRESSINGS
**$1 69 12 oz**

**R.W. KNUDSEN**

## JUICES
**$1 99 QT**

Razzleberry, Red Rasp. Nectar, Cranberry Nectar, Cran-Rasp Nectar.

**ITALIA CRUSHED TOMATOES. 79¢ 28oz** With basil.

**KNUDSEN FRUIT SPREADS.: $1 99 9oz**

**HEALTH VALLEY ROOT BEER. 59¢ 12oz**

**FERRARO'S IMPORTED PASTA... 69¢ 1 lb pkg**

**AFTER THE FALL -100% NATURAL FRUIT JUICES...... $1 39 3pk**

**NATURE'S WHEREHOUSE PASTRY POPPERS.... $1 69 8oz**

EXHIBIT 33
PAGE 2

0000001292

# FRESH PRODUCE

### SWEET & JUICY - SEEDLESS

# NAVEL
# ORANGES

**6** **$1**
L B S

### GOLDEN DELICIOUS
# APPLES
**3** **$1**
L B S

### GRANNY SMITH
# APPLES
**49¢**
LB

# NATURAL VITAMINS

**Boney's** *NEW!*
### SPORTS NUTRITION
Fat cutter pack or super athletic Pack. 30 day supply. Your choice...
**$16⁹⁹**

### NATURE'S LIFE
# VITAMIN C
**500 MG**
**99¢**
100 tabs
with Rose Hips

### NATURE'S LIFE
# LECITHIN CAPS
**$2⁹⁹**
100 caps
1200 mg

**BONEY'S**
**ULTIMATE II...** **$5⁹⁹** 60 tabs
Multivitamin/Mineral

**BONEY'S**
**CHELATED ZINC.........** **$2⁶⁹** 100 tabs
50 mg



**BONEY'S**
# HI - POTENCY
# B-STRESS
**$2⁷⁹**
30 TABS...

**BONEY'S**
### L - TRYPOTOPHAN
**30 CAPS...** **$3⁹⁹**
**60 CAPS...** **7⁶⁹**

EXHIBIT 33
PAGE 3

0000001293

# POULTRY

**SPLIT**
## CHICKEN BREASTS
**$1.49 LB**

COOKED CORNED BEEF BRISKETS... **$1.29 LB**

LOWFAT GROUND TURKEY.. **99¢ LB**

# BEEF

**FRESH EXTRA LEAN**
## GROUND SIRLOIN
**$2.99 LB**

LOUIS RICH COOKED TURKEY BREAST... **$2.99 LB**

FARM STEAD-BONELESS PORK LOIN... **$2.99 LB**

# SEAFOOD

## LUNCH MEATS
**99¢ LB**
Cotto salami, chipped ham, pastrami.

LEAN & MEATY HAM HOCKS... **$1.49 LB**

GREAT FOR STEW LAMB SHANKS... **$2.29 LB**

# FRESH CHEESE & DELI

**ALASKAN CENTER CUT**
## HALIBUT STEAKS
**$3.99 LB**

SHELL ON LARGE SHRIMP... **$5.99 LB**

**MILD**
## CHEDDAR CHEESE
**$1.69 LB**

GRATED PARMESAN CHEESE. **$2.99 LB**

**FRESH OREGON**
## RED SNAPPER
**$2.29 LB**

EXCELLENT ON THE GRILL SWORD FISH........... **$5.99 LB**

**MUENSTER**
## CHEESE
**$1.99 LB**

SAN DIEGO SOY DAIRY TOFU. **99¢ 1lb**

**AUSTRALIAN**
## ORANGE ROUGHY
**$4.99 LB**

BONEY'S SEAFOOD OR TARTAR SAUCE... **$1.39 8oz**

**HEALTH VALLEY**
## SOY MOO SOY MILK
**$1.69 33oz**

ALTA DENA NON FAT YOGURT... **49¢ 8oz**
Assorted flavors.

**EXHIBIT 33**
**PAGE 4**

0000001394

EXHIBIT 34



0000000490

**EXHIBIT 34**
**PAGE 1**

# Boney's - The Vitamin Super Store!



**Boney's**
**Cal-Mag-Zinc**
$4 19
100 tabs



**Boney's**
**Ginkgo-Biloba**
$16 69
60 mg   Twin 2/60 caps



**Boney's**
**Colon Hygiene**
$3 69
12 oz

Boney's, 200 mcg
**Chromium Picolinate**........... $8.99 Twin 2/100 caps

Nature's Way
**EPO** ..................................... $24.99 180 caps

Boney's
**B-Total-B**................................. $5.49 100 tabs

Boney's
**Bio C Cap**...50 caps $2.99   100 caps $5.59
Vitamin C Plus Bioflavanoids



Nature's Way
**Feverfew**
$6 59
100 caps

# More Great Vitamin Specials!



Frazier Farms
**Avocado Creme**
$2 99
4 oz



Super Nutrition
**Opti-Pack**
**Less Than $1.00 Per Day**
$29 95
30 Packets



Advanced Research Press
**Fat Burner**
$8 99
60 caplets

**Boney's** features over 150 jars of herbs and spices for your best values.

**This Week's Feature**

**Bulk Potpourri**
All Varieties
$1 49 oz



Emerald Forest
**Shampoo or Conditioner**
$2 99
12 oz

Earl Mindell's
**Vitamin Bible**
$4 99

0000000431

**EXHIBIT 34**
**PAGE 2**



EXHIBIT 34

PAGE 3

0000000492

# Boney's
# Farmers Market

**Foster Farms, Fresh**
## Chicken
## Thighs
# 99¢
lb



**Boney's**
## Date Nut
## Bread
# $1.19
16 oz

**We make two delicious fruit & nut breads**

**Date Nut Bread**
*and*
**Apple Walnut Bread**

*Try Them Toasted with Cream Cheese... You'll Love Them!!*

**Boney's**
## Apple Walnut
## Bread
# $1.19
16 oz

## Colby
## Cheddar
## Cheese
# $1.99
lb

**Fully Cooked**
*Advance Bread Products*
## Pork, Veal and
## Beef Patties
# 3 FOR $3.99
18 oz pkg.

## American
## Sliced
## Cheese
# $1.99
lb
Sliced Daily

*Delicious, Nitrate Free*
**Foster Farms,**
*Oven Roasted*
## Turkey Breast
# $2.99
lb
Fresh Sliced

## Switzerland
## Swiss
## Cheese
# $2.99
lb

**Foster Farms,**
*Oven Roasted*
## Turkey Breast
*unsliced*
# $3.69
lb

*Greek Style*
**Feta Cheese....** $2.29 lb

**Foster Farms, Fresh**
**Ground Turkey...** $1.99 lb

# WE ACCEPT FOOD STAMPS

0000000493

**EXHIBIT 34**
**PAGE 4**



**EXHIBIT 35**
**PAGE 1**

# Boney's · The Vitamin Super Store!



**Nature's Life**
## Osteoporosis Formula
$**7**⁸⁹
100 tabs — Maximum Calcium Potency



**Boney's**
## Ultra CitroCee
$**6**³⁹
100 tabs



**Dr. Daily's**
## Antioxidant Formula
$**14**⁹⁹
60 tabs

*Schiff, Digestive Enzyme*
**Enzymall**...................... $**3.99** *100 tabs*

*Schiff*
**Whole Food Multi Nutrient Pack**.. $**15.69** *30 Packets*

*Now Foods*
**Pycnogenol**................. $**24.95** *Twin 60/60 caps*

*Boney's*
**Echinacea-Golden Seal**........ $**5.99** *100 caps*



*Montana*
**Pure Energy**
$**6**⁹⁹
60 caps

# More Great Vitamin Specials!



**Boney's**
## Colon Hygiene
$**3**⁶⁹
12 oz

**Aloe Complete**
*Rich in Mucopolysaccharide*
$**14**⁹⁹
33.8 oz



*Twin Lab*
**Cod-Liver Oil Skin Formula**
$**8**⁹⁹
60 softgels

**FREE SEMINAR**
**MAY 6th**
*with*
**Priscilla Cordray**
**"Bone Health"**
3 P.M. or 6 P.M.
*Please Call Vitamins for Reservations*



*Schiff*
**Ultra Lean**
Herbal Weight Loss Plan
$**10**⁹⁹
60 tabs

*Earl Mindell, Ph. D*
# Herb Bible
$**9**⁹⁹
**"The Top Ten Herbs"**

0000000487

**EXHIBIT 35**
**PAGE 2**



# Healthy Pantry Specials!

**R.W. Knudsen 3-Pak**
**Natural Juices**
**$1 29**
*Assorted Flavors*

*Nature's Choice*
**Granola Bars**
**$1 39**
*6 pack*

*Auburn Farms, Fat Free*
**Jammers Cookies**
**$1 59**
*8 oz*

**Hansen**
*Natural*
**Soda**
**$1 89**
*6 pack + CRV*

*Vera Cruz*
**Baked Tortilla Chips...** **$1 19** *7 oz*

*L & A*
**Prune Juice........** **$1 29** *qt*

*Nature's Choice*
**Fruit Bars ...........** **$1 39** *4 oz*

*All Purpose*
**Spike Seasoning..........** **$1 19** *3 oz*

*Don Peppe*
**Tri Color Salad Pasta........** **99¢** *16 oz*

*Enrico's*
**Pasta Sauce........** **$1 69** *26 oz*

# Featuring A Wide Variety of Bulk Items!

*Roasted & Salted or No Salt*
**Virginia Peanuts**
**$1 69**
*lb*

**Chocolate Raisins**
**$1 99**
*lb*

**Pitted Prunes**
**$1 69**
*lb*

**Black Beans.............** **59¢** *lb*

**Millet.............** **59¢** *lb*

**Barley Flakes............** **39¢** *lb*

*California*
**Raw Almonds**
**$2 99**
*lb*

**Golden Raisins...........** **99¢** *lb*

*Double Dipped*
**Chocolate Peanuts.........** **$2 99** *lb*

*Butter Toffee*
**Pretzels.........** **$2 69** *lb*

0000000488

**EXHIBIT 35**
**PAGE 3**

# Boney's Farmers Market

**Boney's Sugar Free Apple Bran Muffins** — 3 FOR $1



**Foster Farms, Fresh Chicken Drumsticks** — 99¢ lb



**Brown Cow Farm Fat Free Yogurt** — 2 FOR $1.00 — 8 oz Assorted Flavors



**Boney's Kamut Bread** — $1.19 — 16 oz



**Delicious, Fresh Sliced Charlie's Pride Roast Beef** — $3.99 lb



**Bulk Cut Mild Cheddar Cheese** — $1.99 lb

## KAMUT
### AN ANCIENT WHEAT

Kamut is thought to have originated in the Nile Valley in Egypt. A large kernel, about two to three times the size of modern wheat, kamut contains higher levels of protein and slightly higher levels of lipids and minerals.

Wheats originated in the fertile crescent sometimes called the cradle of civilization which runs from the Valley of the Nile to the Tigris and Euphrates Rivers. Because this type of wheat produced more and larger kernels, by 4000 BC it had become the chief cereal of the Near East. Using the kamut grain, we bake a wholesome, all natural bread.

**Try a loaf of Kamut Bread Today!**



**Mitchell's Nice & Lean, Sliced Turkey Ham** (16 oz pkg.) — $2.69 lb



**Bulk Cut Monterey Jack Cheese** — $1.99 lb





**Delicious, Sliced Turkey Bologna** .. 89¢ lb

**Mitchell's, 16 oz. pkg. Ready to Serve, Sliced Turkey Breast** ... $2.99 ea

**Pecorino Romano** ........... $2.99 lb

**Arrowhead Mills 7 Bean & Barley Soup Mix** ........... $1.59 16 oz

0000000489

**EXHIBIT 35**
**PAGE 4**

EXHIBIT 36



0000000549

**EXHIBIT 36**
**PAGE 1**

# BAKERY & DELI SAVINGS

**BONEY'S**
*MARKETPLACE*

**French Bread**
*Fresh Baked Daily!*
# 89¢
16 Oz.

*Bulk*
# Mild Cheddar

## $1.99
lb.

*Sliced*
# Swiss Cheese
## $2.69
lb.

# DAIRY SPECIALS

**BONEY'S**
*MARKETPLACE*

## NEW AT EVERYDAY PRICE!

**Swiss Milk**
*All Gallons*
# $2.29
Ea

**Swiss Milk**
*All 1/2 Gallons*
# $1.39
Ea

*Homogenized, Lowfat and Nonfat*

*Swiss Dairy*
# Sour Cream
# 89¢

# PANTRY SPECIALS!

*Imported*
*Monte Regale*
## Pasta
# 69¢
Lb.

*Albert's*
**Strawberry & Raspberry Spreads**
*No Sugar*
# 99¢
10 Oz.

*Italia*
*Pitted*
## Ripe Olives
# 69¢
5.75 Oz.

*Garden Valley,*
*Organic Fat Free*
**Pasta Sauce....** $1.99 25 Oz.

**LUNDBERG**
**Rice Pudding Mixes............** $1.59 Quart

*L & A*
**Cranberry Delight...........** $1.49 Quart

**BONEY'S**
**Oat Bran Flakes............** $1.99 15 Oz.

**R.W. KNUDSEN**
*Organic*
**Pear Juice......** $1.59 Quart

**NATURE'S CHOICE**
*Fat Free*
**Cereal Bars.....** $1.99 7.8 Oz.

**BONEY'S**
*MARKETPLACE*
## Popcorn
# 99¢
6 Oz.

0000000550

EXHIBIT 36
PAGE 2

# BONEY'S THE VITAMIN SUPERSTORE!



# 20% OFF
## SUGGESTED RETAIL



"The Line with the Sunshine"
**NATURE'S LIFE**

---

## Schiff
### Pycnogenol
30 mg
**$8.99**
*30 Caps*



### BONEY'S MARKETPLACE
## Iron L-99
**$5.99**
*60 Caps*



### Advanced Research
## L-Carnitine
500 mg
**$27.95**
*2/60 Caps Twin Pack*



**Earthrise** *New*
**Nutra Greens** **$29.99** *7 Oz. Powder*

NATURE'S SECRET
**Ultimate Green** **$18.99** *300 Tabs*

BONEY'S MARKETPLACE
**Echinacea-Goldenseal** **$7.99** *100 Caps*

BONEY'S MARKETPLACE
**Vitamin E** 400 I.U. **$5.99** *100 Gelcaps*




### BONEY'S MARKETPLACE
## Cranberry
**$8.99**
*100 Caps*



### BONEY'S MARKETPLACE
## Cayenne
**$2.99**
*500 mg*  *100 Caps*



KAL
### Chromium Picolinate
**$5.99**
*200 mcg.*  *90 Liquid Gems*



*Quintessence*
**Garlic** **$8.99** *250 Caps*

NATROL
**My Favorite Multiple** **$11.99** *120 Tabs*

---

# Green Foods
## FOR
# Vibrant Health

Chlorophyll is the unique substance in plants that gives them their green color and allows them to make their own food. Many Americans don't get enough greens in their diet. The current recommendation of the USDA is that we all get at least 3-5 servings of vegetables per day. Supplements containing green concentrates may be a way to add nutrients many of us lack in our diets.

Alfalfa and barley are two cereal grasses rich in nutritional value. Alfalfa is one of our oldest food crops. The roots reach deep into the earth (10-30 feet) to extract nutrients from the soil.

**In 10 grams of alfalfa you will find:**
- 80,000 I.U. Beta carotene
- 200,000 I.U. vitamin K
- Significant quantities of vitamins D and E

**Dried barley grass contains:**
- 4 times more vitamin $B_1$ than wholewheat flour
- 3 times more vitamin C than spinach
- 5 times more iron than liver

Blue-green algaes are single-celled organisms that contain chlorophyll and have the ability to make their own food. Chlorella and spirulina are two blue-green algaes that are used as foods. Chlorella and spirulina have different nutritional components but they both contain:

- 20 times the chlorophyll of alfalfa
- 2 times the protein of soy

All these green foods contain large quantities of easily assimilable organic mineral salts, including calcium and magnesium. For summer health and vitality these concentrated green foods are a great choice for the active person committed to vibrant health!

*Attention: These articles are presented as general information only. They are not in any way a prescription for any specific person or condition. Because persons and circumstances vary, self-treatment can be dangerous. Consult a qualified health practitioner for advice pertaining to any particular person or case.*

0000000551

EXHIBIT 36
PAGE 3



**ESCONDIDO, 510 W. 13th**
**745-2141**

*Santa Cruz* Organic
## Apple Juice
*Unfiltered*

# $3.99
*Gallon*

---

## Meat Dept.





*Fresh, Value Pack*
# Chicken Drumsticks
# 79¢ *lb.*

*Nice & Tender, U.S.D.A. Choice*
**Boneless**
# Chuck Roast
# $1.89 *lb.*

*Mitchell's, Lean
Fresh Sliced*
# Black Forest Ham
# $2.99 *lb.*

---

# Boney's Bulk
## SAVINGS!!

Buy as little or as much as you want. We feature over 250 bulk items. Shopping the bulk bins is the **PERFECT** way to get the exact goods you need while at the same time getting so much more!



**Dried**
**Honey Papaya &
Honey Pineapple**
# $1.69 *lb.*

*Thompson, Seedless*
# Raisins
# 99¢ *lb.*

**10 Bean Soup Mix** .......... **99¢** *lb.*

**Raw, Hulled Sunflower Seeds** . **99¢** *lb.*

**Pitted Dates** .............. **$1.99** *lb.*

BONEYS **Party Snack Mix** **$1.89** *lb.*

*California, Shelled*
# Walnuts
# $2.99 *lb.*

*California, Roasted & Salted*
# Pistachios
# $2.79 *lb.*

---

## BONEY'S COUPON

# 20% OFF
## ANY BULK CANDY PURCHASE
**Chocolate, Yogurt, Carob, Gummis, Jelly Beans, Etc.**

Limit 10 LBS Per Customer • Boney's Escondido Only • Offer Expires 5/25/95

0000000552

**EXHIBIT 36**
**PAGE 4**

EXHIBIT 37



EXHIBIT 37
PAGE 1



## DAIRY DELI

**EGGS**
**$1 19**
Doz. AA

**EXTRA LARGE**
ESCONDIDO FRESH!!
Boney's

Bulk Cut
**COLBY CHEESE**
**$1 99** lb.

Bulk Cut
**CREAM CHEESE**
**$1 49** lb.

Sliced
**SWISS CHEESE**
**$2 69** lb.



## BAKERY

Try our Sprouted Breads baked fresh everyday! Always Healthy & Delicious!

Fresh Baked
**APPLE PIES**
**2 For $5**

Boney's **SPROUTED 7 GRAIN BREAD**
**$1 99** 24 Oz.

Boney's
"Great for Toasting"
**CINNAMON RAISIN BREAD**
**$1 99** 24 Oz.



Imported, LOLA
Stuffed
**QUEEN OLIVES**
**$1 99** 10 Oz.



Imported, CELIO
**EXTRA VIRGIN OLIVE OIL**
**$3 99** Liter



Health Valley
**FAT FREE SOUPS**
All Varieties
**99¢** 15 Oz.

Miller's
Clover Honey....
**$1 69** 12 Oz.

L & A
Apple-Boysenberry
Juice.............
**$1 49** Quart

KETTLE
Natural
Potato Chips......
**$1 19** 5 Oz.



AFTER THE FALL
**NATURAL SODA**
6 Flavors, 6 Packs, 12 Oz. + CRV
**2 For $3**

Health Valley
Fat Free
Crackers...........
**99¢** 6 Oz.

R.W. KNUDSEN
**Just Cranberry Juice**.............
**$3 99** Quart

R.W. KNUDSEN
Organic
Apple Butter.....
**$1 99** 16 Oz.







CELESTIAL SEASONINGS
**TEAS**
Chamomile, Sleepytime, Tension Tamer, Peppermint
**$1 69** 24 Bags



Santa Cruz
Organic
**APPLE SAUCES**
**$1 69** 24 Oz.



MUIR GLEN Organic
**TOMATOES**
All Varieties
**$1 19** 28 Oz.

EXHIBIT 37
PAGE 2



# BULK BUYS!

Buy as little or as much as you want. We feature over 250 bulk items. Shopping the bulk bins is the **PERFECT** way to get the exact goods you need while at the same time getting so much more!

## California RAW ALMONDS
$2 99 lb.

**Raw Spanish Peanuts ..** $1 49 lb.

**Black Mission Figs** $1 99 lb.

**Date Nut Rolls** $2 69 lb.

**Honey Dates** $1 69 lb.

## SHELLED PECANS
$3 99 lb.

Shelled, Roasted & Salted **Mixed Nuts** $2 99 lb.

Shelled **Filberts** $3 69 lb.

Shelled **Brazil Nuts** $3 69 lb.

## Shelled, California WALNUTS
$2 99 lb.
Halves & Pieces

## Coachella Valley, Large MEDJOOL DATES
$2 99 lb.

## California Roasted & Salted PISTACHIOS
$2 99 lb.

**Raw Cashew Pieces** $2 99 lb.

**10 Bean Soup Mix** 99¢ lb.

**Oat Bran** 59¢ lb.

## Old Fashioned ROLLED OATS

3 $1 lbs.

## BUTTER TOFFEE PEANUTS

$1 69 lb.

LUNDBERG
## BROWN RICE
3 $1 lbs.
Long & Short Grain

---

## MEATS


Hormone Free | **HARRIS RANCH** | Hormone Free

The Perfect Pot Roast, Full of Flavor
## CROSS RIB/ SHOULDER CLOD ROAST
$1 89 lb.

Fresh Made, Lean & Healthy
## TURKEY ITALIAN SAUSAGE
$1 89 lb.
Sweet or Hot

## Star B Ranch
Lean & Healthy, All Natural Farm Raised American Bison
## BUFFALO
Ground 16 Oz. Chub | Ground Patties 16 Oz. Pkg.
$3 99 each | $3 99 each

This year for the holidays we will feature Foster Farms and Shelton Turkeys, along with a complete variety of holiday items such as Geese, Game Hens, Duck, Rib Roast, and Pork Roast. Call your order in by December 22nd for Christmas and by December 29th for New Year's • Call 760-745-2141.

**EXHIBIT 37**

**PAGE 3**

# YOUR VITAMIN SUPERSTORE!

## HEALTHY READING

### Dr. Bobb's Book Review

The search for nutritional knowledge is a never-ending challenge. What we believe to be true today regarding a specific topic in nutrition may be proven to be false tomorrow. New books are published and new theories are proposed almost daily in this ever-expanding and progressing field of study. As a professional in the field of nutrition and healthcare I have to constantly research to stay on top of all the new products that come on the market. For consumers, this task is almost impossible. Consumers have to rely on what they have been told or what they have read in a book. So, the logical question is "what books can I read that are easy to understand and contain reliable information?" There are several new books on the market that I highly recommend that are written in easy to understand language, contain reliable information and are affordably priced.

**"Prescription for Nutritional Healing; A-to-Z Guide to Supplements."**
*Written by James F. Balch, M.D. and Phyllis A. Balch, C.N.C.*
Suggested retail: $6.95  Boney's Sale price: $4.99
This book is not intended to be a professional's reference guide to supplements but rather an easy to understand consumer's guide to currently available supplements and herbs. The book accomplishes this goal quite adequately. I highly recommend this very affordable pocket reference for consumers. The Balch's have followed their highly successful, million-copy bestseller "Prescription for Nutritional Healing" with another winner.

**"What Your Doctor May Not Tell You About Menopause."**
*Written By John Lee, M.D.*
Suggested retail: $12.99  Boney's sale price: $9.99
This is an excellent new book on alternatives to estrogen therapy for menopause. It covers natural progesterone, wild yam and other herbal alternatives.

**"Herbal Defense"**
*Written by Robyn Landis with Karta Purkh Singh Khalsa*
Retail: $14.99
Rarely do I get excited about a new herb book because I have read so many in my career but this is one of the best books on herbs for immunity and general health to come along in quite a while. I am really impressed with this book.

**"The Nutrition Almanac Fourth Edition"**
*Written by Gayla Kirschman and John D. Kirschman.*
Suggested retail: $16.95  Boney's sale price: $12.99
The second edition of this book published in 1973 was the first book I ever read on nutrition and nutritional supplements. I still have the dirt-brown dog-eared second edition in my library. If you are looking for a concise, thoroughly researched nutritional reference book, the fourth edition of "The Nutritional Almanac" is the one for you.

### FREE SEMINAR
**HOMEOPATHY TODAY**
*with Sue Bennett*
**Thursday, Dec. 11 • 6:00 p.m.**
"Door Prizes"

SAVE • BONEY'S BEST BUY • SAVE

**Boney's SIBERIAN GINSENG** 450 mg.
$4.49
100 Caps

SAVE • BONEY'S BEST BUY • SAVE



**Solaray B-COMPLEX 50**
$6.99
100 Caps

**Boney's B-12 Sublingual**
$3.99
50 Tabs



**Boney's FLAXSEED OIL CAPS**
$4.99  60 Caps
TWO SIZES
$8.99  120 Caps



**NOW Joint Support....** $28.99  100 Caps

**Solaray** 460 mg.
**Echinacea........** $7.99  100 Caps

**Schiff, "1200" Super Calcium.** $4.99  60 Softgels

**Enzymatic Therapy Garlinase** 4000 mcg  $9.99  30 Tabs

**Quintessence 500 mg GARLIC**
$8.99
Jumbo Bottle  250 Caps

**Nature's Gate HERBAL MOISTURE LOTION**
$6.99
18 oz. + 18 oz.
Twin Pack

**Boney's BIO-C-CAPS Plus Free Be-Well**
$9.99
100 Caps 30 Tabs

**EXHIBIT 37**
**PAGE 4**

Legal Tabs Co. 1-800-322-3022

Recycled   Stock # R-WEX-5-B

EXHIBIT 38

*Boney's*

MARKETPLACE

ACCOUNTING
300 South Pierce, Suite 201
El Cajon, CA 92020
619/588-2411

November 8, 1989

Mr. Steve Boney
1105 Alameda Blvd.
Coronado, Ca. 92118

Dear Steve,

In response to your phone call last Tuesday night, I am writing this letter to clarify my position on distributing bread from the Hillcrest Store. As you indicated on the phone, I have agreed not to distribute any bread whose recipe you might "own". I agreed to that because you felt so strongly that those breads gave you an advantage over the other stores, and you felt that you purchased those recipes along with the Escondido store. I still plan to honor that agreement, because I appreciate you allowing my baker to train for a few weeks at Escondido, and that was our agreement.

As I have indicated to you on the numerous occasions we have discussed this matter, I feel that there is more "advantage" to all of us, including Escondido, to promote those breads chain wide. Furthermore, I was planning to get an agreement from the other Boney's stores that you owned all rights to those bread recipes and get your approval prior to any distribution of those breads. This agreement could be important in protecting your "recipes" because, as I have indicated to you before, I had the recipes offered to me from Norm and the assistant head baker at Greentree.

At this time, I plan to change any recipes that may create future problems with our "agreement". As you know Mike, the Hillcrest Baker, came from Gustaf Anders Bakery, and has numerous recipes that he has used in the past. He also has access to numerous other recipes that are available in the industry and may be suitable to our needs. I would prefer to use your "tried and true" recipes, but over time, I feel confident that we will be able to develop breads with good customer appeal.

| EL CAJON | VISTA | COLLEGE | PACIFIC BEACH | ESCONDIDO | HILLCREST |
|----------|-------|---------|---------------|-----------|-----------|
| 152 N. Second Street | 705 E. Vista Way | 6091 University Ave. | 1260 Garnet Ave | 510 West 13th Street | 734 University Ave |
| El Cajon, CA 92021 | Vista, CA 92083 | San Diego, CA 92115 | San Diego, CA 92109 | Escondido, CA 92025 | San Diego, CA 92103 |
| 619/579-1062 | 619/758-7125 | 619/582-4343 | 619/270-8200 | 619/745-2141 | 619-295-4569 |

**EXHIBIT 38**

**PAGE 1**

Steve Boney                    Page 2                    November 7, 1989

I would also like to remind you of our agreement for the use
of the Boney's tradename. As you know, Boney's Services, Ltd.
has the right to use of tradename, and we agreed that you could
use the tradename outside of San Diego County. Because of the
ongoing problems we have in getting along, and the operational
problems you have had with your two new stores, which reflects
negatively on the tradename in the industry, I feel that you
should use a new tradename for any future stores. Hopefully,
that will help minimize the risk of any potential new problems
for the tradename, or between us.

Additionaly, effective the first week in January, I plan to
implement the previously discussed Cooperative Advertising
Agreement (copy enclosed) between all the San Diego stores.
For a lasting relationship between all the stores, it is
important that we have a written agreement that fairly and
clearly sets forth the agreement between all of the stores.

I hope you find the above satisfactory, because neither of us
needs any more problems at this time. And, as you indicated on
the phone, the bakery is a "pennies problem", not worthy of
creating problems between us.

                              Sincerely,
                              Boney's Services, Ltd.


                              Stanley A. Boney,
                              Partner

SAB/ss
cc: Scott Boney
Enclosure

**EXHIBIT 38**
**PAGE 2**