USDC SCAN INDEX SHEET.











STEPHEN W BONEY INC


BONEY SERVICES INC



RYC   1/21/98   9:31
3:95-CV-00491
*93*
*DECL.*



1 | Janice Patrice Brown, Esq. (#114433)
J. Scott Scheper, Esq. (#155477)
2 | SELTZER CAPLAN WILKINS & McMAHON
A Professional Corporation
3 | 2100 Symphony Towers
750 B Street
4 | San Diego, California  92101
Telephone:  (619) 685-3003
5 |

6 | Attorneys for Defendant
BONEY'S SERVICES, INC.
7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **SOUTHERN DISTRICT OF CALIFORNIA**

10 |

| STEPHEN W. BONEY, INC., | ) | CASE NO. 950491E (POR) |
| | ) | |
| Plaintiff, | ) | DECLARATION OF STANLEY BONEY IN |
| | ) | OPPOSITION TO PLAINTIFF'S MOTION |
| vs. | ) | FOR PARTIAL SUMMARY JUDGMENT |
| | ) | |
| BONEY'S SERVICES, INC., | ) | |
| | ) | DATE:      February 2, 1998 |
| Defendant. | ) | TIME:      10:30 a.m. |
| | ) | COURTROOM: 3 |
| | | JUDGE:     William B. Enright |

I, Stanley Boney, declare as follows:

1.  I am an officer of defendant Boney's Services, Inc.  I have personal knowledge of the facts set forth in this declaration and could and would testify competently to those facts if called as a witness.

2.  This case stems from a long-standing family dispute between my brother Steve, the president and/or CEO of the plaintiff corporation, Stephen W. Boney, Inc., and the defendant corporation, Boney's Services, Inc. (later renamed Boney's Marketplace, Inc. and now Henry's Marketplace, Inc.) ("BSI"), in which I, my brother Scott, and our father, Henry Boney, are shareholders.

950491E (POR)

93

1

**STAN AND SCOTT BONEY**
**FIRST USE THE BONEY'S MARKETPLACE TRADENAME AND TRADEMARK**

2

3    3.    The dispute involves the right to use the name "Boney's

4  Marketplace" in trade, particularly in connection with specialty

5  grocery stores and marketing of private label goods and

6  foodstuffs.

7    4.    As set forth in my declaration submitted June 16, 1995,

8  Scott and I have been operating grocery stores using the name

9  "Boney's Marketplace" since 1983.  (See SWB's Request for

10  Judicial Notice, Exhibit A.)  My brother Scott and I formed and

11  owned Boney & Boney, Inc.  Before 1983 we owned and were

12  operating Windmill Farms grocery stores.  In 1983 Scott and I

13  (through Boney & Boney, Inc.) developed the idea of changing the

14  names of our stores to "Boney's Marketplace" and did so.  After

15  changing the name of our stores, we undertook significant efforts

16  to advertise and make the public and our suppliers aware of our

17  new name.  At that time we also conceived of and began offering

18  private label items using the "Boney's Marketplace" name as a

19  trademark.  Those products in 1983 included at least

20  (1) Vitamins; (2) Nuts and dry fruit (private label bulk items);

21  (3) Sliced meats; (4) Cheeses; (5) Peanut butter; and (6) Honey.

22  We have been marketing those same private label items and

23  hundreds of others since that time.

24    5.    In 1988, as part of a corporate restructuring, Boney &

25  Boney, Inc. assigned all rights associated with the use of the

26  name "Boney's Marketplace" to Boney's Services Ltd., of which BSI

27  was general partner.  Scott and I were the sole shareholders of

28  BSI and the limited partners of Boney's Services Ltd.  In 1994 we

1 | decided to merge Boney's Services Ltd. into BSI.  Neither of
2 | these changes resulted in any changes to the products or goods
3 | being offered at "Boney's Marketplace" stores or under the
4 | "Boney's Marketplace" label.  At all times since 1983 we have
5 | used Boney's Marketplace as a tradename and trademark, whether
6 | through Boney & Boney, Inc., Boney's Services Ltd. or BSI.

7 |     6.    In 1989 I began selling private label bread items out
8 | of the Hillcrest location using certain recipes acquired from
9 | Steve.  Since then BSI has been marketing bread from all of its
10 | affiliated locations under the "Boney's Marketplace" label and
11 | using different recipes.

12 | **BSI CHANGES THE NAME OF ITS STORES TO HENRY'S MARKETPLACE**

13 |     7.    In May 1997 we (BSI) changed the names on thirteen
14 | stores (BSI's eight stores and the five stores of its licensees)
15 | to "Henry's Marketplace" and began selling some private label
16 | items at each of those locations using "Henry's Marketplace."
17 | (BSI's stores and those of its licensees sometimes collectively
18 | are referred to as "affiliated stores" or "locations.")  The
19 | licensees' stores are independently-owned and operate under
20 | license agreements with BSI to use "Boney's Marketplace"--and now
21 | "Henry's Marketplace"--as tradenames and trademarks.  By the end
22 | of the Summer of 1997, there were 14 affiliated locations--10 BSI
23 | stores and 4 licensee stores--operating throughout San Diego
24 | County.

25 |     8.    The name change was adopted as a means to minimize the
26 | ongoing dispute with Steve and for independent business reasons.
27 | To inform the public of the change, BSI engaged in an extensive
28 | name change advertisement campaign.  The primary slogan of that

-3-

1   campaign asked, "after 54 years, isn't it time that we were on a
2   first name basis?"  However, despite the name change campaign, we
3   did not relinquish the Boney's Marketplace tradename and
4   trademark.  To help preserve the goodwill established with
5   "Boney's Marketplace" over the years and to ensure a smooth
6   customer transition to the new name, BSI continues to use and
7   refer to the Boney's Marketplace name in advertisements, customer
8   relations and on certain goods.  For example, initially the
9   "Henry's Marketplace" logo, as it appeared in advertisements, was
10  embossed over the "Boney's Marketplace" logo or included
11  references such as "formerly Boney's Marketplace."  Similarly,
12  the phone message at the corporate offices now answers "Thank you
13  for calling the corporate offices of Henry's Marketplace,
14  formerly Boney's Marketplace. . . ."

15      9.   Moreover, we also have continued to sell certain
16  products under the name "Boney's Marketplace," **including** those
17  private label goods for which we have not been successful to date
18  in securing trademark registration rights for use of "Henry's
19  Marketplace."  This also helps maintain a link between our former
20  name, Boney's, and our new name, Henry's, which we deem essential
21  to facilitating the preservation and transfer of the good will we
22  had established with our customers and the public over the years.
23  BSI presently still offers at its stores over a hundred private
24  label items under the "Boney's Marketplace" trademark.  Those
25  products include (with examples after each) grocery items (figs
26  and tortillas); bulk items (almonds, blackbeans, corn meal,
27  lentils and sunflower seeds); deli items (meats, cheeses, humus);
28  dairy products (ice cream of all flavors); bakery items (breads

-4-                          950491E (POR)

1 | and muffins); and vitamins.  Attached at Exhibit "A" is a list of
2 | items still being marketed at BSI-affiliated stores under the
3 | "Boney's Marketplace" label.  Consequently, BSI continues to use
4 | on many goods the same "Boney's Marketplace" mark it has used
5 | since 1983.

6 | 10.  BSI and its predecessors have offered the same private
7 | label items to the public continuously since 1983 without
8 | interruption or change in the products or their quality (except
9 | for the change to the "Henry's Marketplace" label for certain
10 | items).  BSI used the Boney's Marketplace trademark in
11 | advertising and on private label items throughout this time.
12 | (See, e.g., Exhibit B which contains representative exemplars of
13 | various advertising ran during this time.)

14 | **AFFILIATED LOCATIONS**

15 | 11.  Presently, all 14 BSI-affiliated locations operate
16 | under the "Henry's Marketplace" name.  Each of these stores has
17 | offered private label items and used in advertising and
18 | communications the "Boney's Marketplace" trademark since they
19 | were opened and the Henry's Marketplace trademark since April
20 | 1997.  In fact, two of the stores were part of the initial name
21 | change in 1983 from Windmill Farms to Boney's Marketplace.  Those
22 | two stores, one in El Cajon run by Mike Darr (our sister
23 | Darlene's husband) and another in Vista run by Norm Frazier, have
24 | operated continuously since 1983, also offering private label
25 | items, using the Boney's Marketplace tradename and trademark
26 | until April 1997 and using both the Henry's Marketplace and
27 | Boney's Marketplace trademarks since then.
28 | //

1    12.  At all times those two stores (as well as the other

2  independent stores) have operated pursuant to license agreements,

3  first with Boney & Boney, Inc., then Boney's Services Ltd. and

4  later with BSI, to use the subject trade name, service mark and

5  trademark.  Although those license agreements typically refer to

6  "the right to use the tradename" (see SWB's Req. Jud. Not., Exh.

7  A, pp. 29-35), the parties have always intended and understood

8  that phrase to refer to and encompass all rights to use the name

9  whether as a service mark or tradename or as a trademark (in

10  whatever form the name appears) on advertising, labels and the

11  like.

12  **SWB'S (I.E., STEVE'S) FIRST USE OF THE BONEY'S MARKETPLACE NAME**

13    13.  In 1985 our brother Steve wanted to open a Boney's

14  Marketplace store and we (Scott and I) permitted him to operate

15  the store pursuant to a 1985 Cooperative Advertising Agreement.

16  (See Complaint, Exhibit A.)  In 1986 Steve wanted to open another

17  store in Escondido which Scott and I (through Boney & Boney Inc.)

18  permitted.  We arranged for Scott to purchase and take over the

19  Pacific Beach store.

20    14.  Steve now has asserted he began using the Boney's

21  Marketplace name on private label items then (in 1985 or 1986).

22  However, that use was with our permission.  Moreover, by 1985

23  (i.e., before Steve) Scott and I already were marketing various

24  items under the Boney's Marketplace label in the stores we were

25  operating.

26    15.  Presently, SWB has just two stores--its Boney's

27  Marketplace store located in Escondido and its Boney's Farmer's

28  Market location in Hemet in Riverside County.  Steve's Hemet

-6-                        950491E (POR)

1  store operates under the name and uses the label or trademark

2  "Boney's Farmer's Market" at least in advertising.

3                          **SWB's ALLEGATIONS**

4     16.  Steve did not begin selling bread under the "Boney's

5  Marketplace" private label in 1986 as he asserts.  Steve acquired

6  the bread recipes he now asserts are trade secret when he

7  purchased the Escondido store, which formerly had been a "Frazier

8  Farms" grocery, out of bankruptcy.  The Frazier Farms store

9  already had been selling bread using its own (i.e., "Frazier

10  Farms") private label.  For the first couple years after

11  acquiring that store, Steve continued to use the "Frazier Farms"

12  label and only later began selling bread under the  "Boney's

13  Marketplace" label.

14     17.  Steve incorrectly asserts that no "quality control" was

15  exercised over him.  First, Steve signed the 1985 Cooperative

16  Advertising Agreement (see Complaint, Exhibit A) which regulated

17  and controlled Steve/SWB's conduct and use of the name "Boney's

18  Marketplace."  Second, from the time Steve opened his first store

19  until the name change to Henry's Marketplace, Steve participated

20  in regular (weekly and monthly) meetings involving all of the

21  "Boney's Marketplace" store owners.  The meetings were held on a

22  rotating basis at or near each of the various Boney's Marketplace

23  locations (including SWB's).  (Some of the stores could not

24  accommodate a "meeting" in which case everyone would meet at

25  another nearby location, such as a restaurant, and often would go

26  to the store for a tour after the meeting.)  At those meetings we

27  would discuss, sometimes in heated debates, the quality, sources

28  and pricing of the products being offered at the stores and under

the "Boney's Marketplace" private label.  The purpose of those
meetings was not only to decide what specials to run, but to
ensure consistent quality and uniformity of products offered to
the public by all of the stores under the "Boney's Marketplace"
name and mark.  In fact, we rotated the meetings among the stores
to make sure each store was meeting our standards and presenting
an appropriate image for stores operating under the "Boney's
Marketplace" name.  SWB continuously paid to BSI weekly billings
called for in the 1985 Agreement including for costs of these
meetings and advertising (discussed below).

18.  Steve also participated in cooperative (i.e. bulk)
purchasing of goods and advertising through the Union-Tribune.
Through group advertising BSI was able to control (with input of
other owners) what products would be advertised and sold at what
prices and to ensure the outstanding and consistent quality of
the products offered.  Steve participated in these meetings and
typically complied with the group decisions.  He now confuses
our lack of corrective intervention as lack of participation in
exercising quality control.

19.  Steve asserts that BSI (through its predecessor) and
the other store owners were not involved in defending a consumer
lawsuit.  This is simply incorrect.  The various insurance
carriers for all of the stores combined forces to defend and
settle the suit he references.

20.  Steve asserts he has been using the Boney's Marketplace
trademark continuously since 1986.  However, he fails to mention
that the style and presentation has evolved over the years
(except always to use the name "Boney's").  As revealed in

-8-                    950491E (POR)

1 │ Exhibits 1-37 attached to his declaration, several variations of
2 │ the trademark (i.e., the stylized presentation of the name
3 │ "Boney's" or "Boney's Marketplace" on products or in advertising)
4 │ have been used over the years.  BSI and SWB alike have used these
5 │ different versions on private label items and in advertising.  In
6 │ fact, the parties (BSI and SWB) adopted many of the different
7 │ variations simultaneously.  In particular the version we were
8 │ using in May 1997 (i.e., at the time of the name change) was
9 │ adopted and first used by the parties in 1995.[1]  BSI still uses
10 │ that particular version of the "Boney's Marketplace" trademark in
11 │ its advertisements and private labels on products and goods.  SWB
12 │ does not continue to use that mark, having adopted a new
13 │ representation of "Boney's" after the April 1997 name change.[2]

14 │      21.  Steve claims the 1988 Purchase Agreement transfers only
15 │ the tradename and/or service mark to the exclusion of the
16 │ trademark.  The intent of that document was to transfer all
17 │ rights in trade stemming from the right to use the name "Boney's
18 │ Marketplace" (whether as a tradename, service mark or trademark)
19 │ including the right to use the name on the stores or in
20 │ connection with private-label items and advertising in any form.
21 │ This was consistent with the interpretation exercised by all the
22 │ parties under the 1985 Cooperative Advertising Agreement.

23 │

24 │      [1]  This new label consisted of a slightly arching, outlined-
     │ lettered "Boney's" with a distinctive swoosh of the right branch
25 │ of the "Y" over a straight, outline-lettered "Marketplace."  The
     │ entire mark was enveloped by an outline with a stem and leaf
26 │ appearing over the "o" in Boney's, making the "o" look like an
     │ apple.  (See Decl. Steve, Exhibits 11, 21, 31, 36.)

27 │      [2]  Steve adopted a new version which uses simply the name
     │ "Boney's" in sharply-angled letters.  (See Decl. Steve, Exh., 29,
28 │ 30; see December 1997 advertising, Decl. Steve, Exh. 37.)

1       22.  Steve now claims the transfers and assignments from
2   Boney & Boney, Inc, and/or Boney's Services Ltd. were ineffective
3   to transfer the rights derived from the Boney's Marketplace
4   tradename, service mark and trademark.  He never made any such
5   assertions before this lawsuit despite the fact that he knew
6   about them at the time.  Moreover, Steve fails to acknowledge
7   that Mike Darr (married to our sister Darlene) and Norman Frazier
8   continued to operate Boney's Marketplace stores from 1983 until
9   the name change to Henry's.  Those two stores operated under the
10  name and marketed "Boney's Marketplace" private label items
11  (pursuant to licenses with Boney & Boney, Inc., Boney's Services,
12  Ltd. and BSI) continuously and without interruption from 1983
13  (before Steve) until the present (except for the store name and
14  items switched to the "Henry's Marketplace" label).

15      I declare under penalty of perjury under the laws of the
16  United States of America that the foregoing is true and correct.
17      Executed on January 20, 1998, at San Diego, California.

                              _____
                                     Stanley Boney

-10-                                          950491E (POR)

# Boney's Marketplace Private Label

**GROCERY**

    Boney's Marketplace Fig Bars Whole Wheat
    Boney's Marketplace Fig Bars Fat Free
    Boney's Marketplace Fig Bars Raspberry
    Boney's Marketplace Fig Bars Apple
    Boney's Marketplace Fig Bars Apricot
    Boney's Marketplace Pretzelcookies Ginger
    Boney's Marketplace Pretzelcookies Vanilla
    Boney's Marketplace Pretzelcookies Chocolate
    Boney's Marketplace Pretzelcookies Lemon
    Boney's Marketplace Pretzelcookies Oatmeal
    Boney's Marketplace Tortillas Corn 1 dozen
    Boney's Marketplace Tortillas Corn 3 dozen
    Boney's Marketplace Tortillas Corn 4 dozen
    Boney's Marketplace Tortillas Flour Canola 8"
    Boney's Marketplace Tortillas Flour Burrito 12"
    Boney's Marketplace Tortillas Flour Fat Free 8"
    Boney's Marketplace Tortillas Flour Whole Wheat 8"
    Boney's Marketplace Tortillas Flour Southwestern

**BULK**

    Boney's Marketplace Almonds Raw Whole
    Boney's Marketplace Barley Flakes
    Boney's Marketplace Beans Adzuki Organic
    Boney's Marketplace Beans Anasazi Organic
    Boney's Marketplace Beans Black Organic
    Boney's Marketplace Beans Great Northern Organic
    Boney's Marketplace Beans Kidney Dark Red Organic
    Boney's Marketplace Beans Lima Baby Organic
    Boney's Marketplace Beans Mung Organic
    Boney's Marketplace Beans Pinto Organic
    Boney's Marketplace Beans Soy Organic
    Boney's Marketplace Brazils Raw Whole
    Boney's Marketplace Cashew Honey Roasted
    Boney's Marketplace Cashews Raw Whole
    Boney's Marketplace Corn Grits
    Boney's Marketplace Corn Meal Yellow
    Boney's Marketplace Date Sugar
    Boney's Marketplace Flour Whole Wheat Organic
    Boney's Marketplace Flour Whole Wheat Pastry Organic
    Boney's Marketplace Flour Unbleached White Organic
    Boney's Marketplace Fructose
    Boney's Marketplace Mixed Nuts Roasted and Salted No Peanut
    Boney's Marketplace Oat Groats

EXHIBIT "A"

BULK Continued
    Boney's Marketplace Oats Bran Organic
    Boney's Marketplace Oats Flour Organic
    Boney's Marketplace Oats Quick Organic
    Boney's Marketplace Oats Rolled Organic
    Boney's Marketplace Peanuts  Bleached, Virgin, Roasted, No Salt
    Boney's Marketplace Peanuts Extra Crunchy Roasted and Salted
    Boney's Marketplace Peanuts Spanish Raw
    Boney's Marketplace Peas Blackeye Organic
    Boney's Marketplace Peas Green Split Organic
    Boney's Marketplace Peas Lentils Green Organic
    Boney's Marketplace Peas Lentils Red Organic
    Boney's Marketplace Pecan Halves
    Boney's Marketplace Pepitas Roasted and Salted
    Boney's Marketplace Pistachios Roasted, No Salt
    Boney's Marketplace Pistachios Roasted and Salted
    Boney's Marketplace Sesame Sticks Roasted and Salted
    Boney's Marketplace Sunflower In Shell, Roasted and Salted
    Boney's Marketplace Sunflower Roasted and Salted
    Boney's Marketplace Sunflower Raw
    Boney's Marketplace Turbinado Sugar
    Boney's Marketplace Trail Mix All American
    Boney's Marketplace Trail Mix Irresistible
    Boney's Marketplace Walnuts Halves and Pieces
    Boney's Marketplace Wheat Bulgar Organic
    Boney's Marketplace Wheat Couscous Organic

DELI
    Boney's Marketplace Asst. Hummus - Plain
    Boney's Marketplace Asst. Hummus - Garlic
    Boney's Marketplace Asst. Hummus - Basil and Sundried Tomato
    Boney's Marketplace Asst. Hummus - Roasted Red Pepper
    Boney's Marketplace Couscous
    Boney's Marketplace Eggplant Caviar
    Boney's Marketplace Tabouli

DAIRY
    Boney's Marketplace Ice Cream - Vanilla
    Boney's Marketplace Ice Cream - Chocolate
    Boney's Marketplace Ice Cream - Vanilla Orange
    Boney's Marketplace Ice Cream - Chocolate Chip
    Boney's Marketplace Ice Cream - Chocolate Marble
    Boney's Marketplace Ice Cream - Neapolitan

BAKERY

Boney's Marketplace 11 Grain Bread
Boney's Marketplace All Natural White Bread
Boney's Marketplace Cinnamon Raisin Bread
Boney's Marketplace Date Nut Bread
Boney's Marketplace Date Nut Bars
Boney's Marketplace Deli Onion Rye Bread
Boney's Marketplace Deli Rye Bread
Boney's Marketplace Deli Rye - Corn Bread
Boney's Marketplace Deli Rye - Seedless Bread
Boney's Marketplace Deli Sourdough Bread
Boney's Marketplace Ed's Bread
Boney's Marketplace English Muffin
Boney's Marketplace Half and Half Bread
Boney's Marketplace Honey Whole Wheat Bread
Boney's Marketplace Italian Country Bread
Boney's Marketplace Low Sodium Sprouted 7 Grain Bread
Boney's Marketplace Multigrain Bread
Boney's Marketplace Oat Bran Bread
Boney's Marketplace Oatmeal Bread
Boney's Marketplace Old Fashion Sandwich Bread
Boney's Marketplace Potato Bread
Boney's Marketplace Pumpernickel Deli Bread
Boney's Marketplace Sourdough Country Bread
Boney's Marketplace Sourdough Round Bread
Boney's Marketplace Sourdough Rye Bread
Boney's Marketplace Sprouted 7 Grain Bread
Boney's Marketplace Sprouted Flaxseed Bread
Boney's Marketplace Sprouted Kamut Bread
Boney's Marketplace Sprouted Pumpernickel Bread
Boney's Marketplace Sprouted Triticale Bread
Boney's Marketplace Sprouted Wheat Bread
Boney's Marketplace Sunflower Bread
Boney's Marketplace Swedish Limpa
Boney's Marketplace Wheat Bread - Flakey
Boney's Marketplace Wheat Bread - Sliced
Boney's Marketplace White Bread
Boney's Marketplace Whole Wheat Bread

VITAMINS/NUTRITION

Boney's Marketplace Lecithin Granules
Boney's Marketplace Aloe Vera Juice 32 oz. and 64 oz.
Boney's Marketplace Aloe Vera Gel 16 oz.
Boney's Marketplace CoQ10     30 mg 30 caps
Boney's Marketplace Primrose Oil Twinpacks
Boney's Marketplace Mega Minerals 50 tabs
Boney's Marketplace B Total B 50 tabs



**Boney's**
MARKETPLACE
Effective 2-6-91
thru 2-13-91

Low acid, Roma or
**Salad Size**
**Tomatoes**
**3 $1**
lbs



A good source of Vitamin A and Fiber
**Nectarines**
**69¢** lb



Italian
**Squash**
**49¢** lb

Pink, Vitamin C & Fiber Rich
**Grapefruit**
**4 $1** for

Blue Lake
**Green Beans**
**49¢** lb

US#1, 1 lb. Cello
**Carrots......** **3 $1** for

Granny Smith
**Apples.......** **49¢** lb

Russet & Idaho Bakers
**Potatoes.....** **3 $1** lbs

Green
**Cabbage....** **3 $1** for

Crisp
**Cucumbers...** **4 $1** for

Medium, Green
**Bell Peppers...** **6 $1** for

PANTRY
Boneys, Unfiltered
**Apple Juice**
**$179** 1.2 gal



BULK BINS
Boney's
**Premium Granola**
**$139** lb

MEAT & DELI
Jarlsburg, Light
*New!* **Swiss Cheese**
**$399** lb

VITAMINS
KAL
**Omega 3 Fish Oil**
**$499** 60 with 60 free



Eden, Assorted Varieties
**Organic Pasta.......** **$169** 16oz

Bulk
**Corn Meal......** **33¢** lb

Alta Dena, Natural
**Jack or Cheddar...** **$299** lb

KAL
**250 mg Niacin......** **$239** 100


EXHIBIT "B"

B S I

0 0 4 2 5 7





Italian
**Squash**
**49¢** lb



Pink, Vitamin C & Fiber Rich
**Grapefruit**
**4 $1** for



Blue Lake
**Green Beans**
**49¢** lb

US=1, 1 lb. Cello
**Carrots......** 3 $1 for

Granny Smith
**Apples......** 49¢ lb

Russet & Idaho Bakers
**Potatoes.....** 3 $1 lbs

Green
**Cabbage....** 3 $1 for

Crisp
**Cucumbers...** 4 $1 for

Medium, Green
**Bell Peppers...** 6 $1 for

Boney's, Unfiltered
**Apple Juice**
**$179** 1/2 gal

Boney's
**Premium Granola**
**$139** lb

Jarlsburg, Light
new! **Swiss Cheese**
**$399** lb

KAL
**Omega 3 Fish Oil**
**$499** 60 with 60 free

Eden, Assorted Varieties
**Organic Pasta.......** $169 8oz

Bulk
**Corn Meal......** 33¢ lb

Alta Dena, Natural
**Jack or Cheddar...** $299 lb

KAL
**250 mg Niacin......** $239 100 tabs

Hain, Vegetarian
**Refried Beans.....** 69¢ 16oz

Raw
**Trail Mix.........** $249 lb

Foster Farms
**Turkey Bologna..** 99¢ lb

KAL, Tri Amino Formula
**Slim & Firm.....** $669 60 caps

Boney's, Sliced
**French Bread....** 99¢ 1 lb loaf
All natural, baked fresh!

Boney's
**Protein Powder...** $499 lb

USDA Choice
**Tri Tip Roast.....** $269 lb

KAL
**99mg Potassium...** $239 100 tabs

Cedar Lane
**Wheat Chapati...** 69¢ 10 oz

White
**Chocolate Ribbons...** $249 lb

Fresh Made
**Carne Asada.....** $299 lb

Thursday Plantation
**Tea Tree Oil....** $599 25ml

B S I

0 0 0 4 2 5 8



B
S
I

**BONEY'S FINAL AD**
8-22-90 THRU 8-29-90

|  | Size | Cost | Ad Retail | GM% |
|---|---|---|---|---|
| **ENERGY FOODS** | | | | |
| * Power Bar Energy Food<br>    A nutritious snack.<br>    -Natures Best | 2.5 oz | $0.85 | $1.29 ✓ | 34.1% |
| - Energy Nuggets<br><br>    -Garvey | lb | $1.99 | $2.99 | 33.4% |
| - TwinLabs Ultra Fuel<br>    Energy and Recovery Drink<br>    -Your Vitamin Department | 16 oz | TBA | *1.19* ~~$ TBA~~ | ###### |
| - R.W. Knudsen Recharge<br><br>    -Knudsen | 32 oz | $0.97 | ✓$1.59 | 39.0% |
| - The Natural High Energy Bar<br>    A nutritious high fiber baked bar.<br>    -Country French Bread Dist.-Sam Montgomery | 15 oz | $1.74 | ✓$2.29 | 24.0% |
| **BULK & PANTRY** | | | | |
| * Boney's Sprouted 7 Grain Bread<br>    Baked fresh daily<br>    -Hillcrest | (1 lb) | $0.92 | ✓$1.49 | 38.3% |
| - Unsweetened Papaya Spears<br><br>    -Garvey | lb | $1.60 | ✓$2.49 | 35.7% |
| - Sesame Crunch<br>    Made with honey.<br>    -Garvey | lb | $1.15 | ✓$1.99 | 42.2% |
| - Black Mission Figs<br><br>    -Garvey | lb | $1.05 | ✓$1.59 | 34.0% |
| - Sesame Sticks<br>    Plain, Cheddar or Hot.<br>    -Garvey | lb | $1.00 | ✓$1.59 | 37.1% |

BSI 0003908

BONEY'S FINAL AD
8-22-90 THRU 8-29-90

## MEAT & DELI

* Medium Cultivated Shell On Shrimp      lb      $3.95      $4.99      20.8%

    -NCF

- Louis Rich Bar-B-Qued Turkey Breast      lb      $1.59      $2.49      36.1%

    -Escondido-Chuck

- Danish Baby Back Pork Ribs      lb      $1.45      $2.29      36.7%

    Tama Trading

- Mahi Mahi Fillets      lb      $1.60      $2.29      30.1%

    -Escondido-Chuck or NCF

- Aged Sharp Cheddar Cheese      lb      $1.99      $2.99      33.4%

    -Farm Fresh

## VITAMINS

* Ethical Nutrients Bone Builder      60 tabs      $3.73      $6.95      46.3%

    -Pricilla Cordray

- TwinLab Daily One Caps      30 caps      $2.39      $3.99      40.1%

    -Kathleen-TwinLab

- TwinLab C-500 Caps      100 caps      $2.28      $3.79      39.8%

    -Kathleen-TwinLab

- TwinLab Gainers Fuel      3.9 lb      $11.91      $19.95      40.3%

    -Kathleen-TwinLab

- TwinLab Carob Fuel      21.5 oz      $3.63      $5.99      39.4%

    -Kathleen-TwinLab

BSI

0003909

ECHET'S TENTATIVE AD
8-22-90 THRU 8-29-90

|  | Size | Cost | Ad Retail | GM% |
|---|---|---|---|---|
| **ENERGYFOODS** | | | | |
| * Power Bar Energy Food<br>    A nutritious snack.<br>    -Natures Best | 2.5 oz | $0.85 | $1.29 | 34.1% |
| - Energy Nuggets<br><br>    -Garvey | lb | $1.99 | $2.99 | 33.4% |
| - TwinLabs Ultra Fuel<br>    Energy and Recovery Drink<br>    -Your Vitamin Department | 16 oz | TBA | TBA | ###### |
| - R.W. Knudsen Recharge<br>    For Demo call 800-NOW-TOFU<br>    -Knudsen | 32 oz | $0.97 | $1.59 | 39.0% |
| - The Natural High Energy Bar<br>    A nutritious high fiber baked bar.<br>    -Country French Bread Dist.-Sam Montgomery | 15 oz | $1.74 | $2.29 | 24.0% |
| **BULK & PANTRY** | | | | |
| * Boney's Sprouted 7 Grain Bread<br>    Baked fresh daily<br>    -Hillcrest | 1 lb | $0.92 | $1.49 | 38.3% |
| - Unsweetened Papaya Spears<br><br>    -Garvey | lb | $1.60 | $2.49 | 35.7% |
| - Sesame Crunch<br>    Made with honey.<br>    -Garvey | lb | $1.15 | $1.99 | 42.2% |
| - Black Mission Figs<br><br>    -Garvey | lb | $1.05 | $1.59 | 34.0% |
| - Sesame Sticks<br>    Plain, Cheddar or Hot.<br>    -Garvey | lb | $1.00 | $1.59 | 37.1% |

8-22 TENT

## MEAT & DELI

| | | | | |
|---|---|---|---|---|
| • ~~TBA~~ MED CULTIVATED SHELL ON SHRIMP · NCF | lb | 3.95 ~~TBA~~ | 4.99 ~~TBA~~ | ###### |
| - ~~TBA~~ LOUIS RICH Boneless BBQ Turkey Breast - ESC on - Chuck | lb | 1.59 ~~TBA~~ | 2.49 ~~TBA~~ | ###### |
| - ~~TBA~~ DANISH BABY BACK PORK RIBS - TAMA | lb | 1.45 ~~TBA~~ | 2.29 ~~TBA~~ | ###### |
| - TBA MAHI MAHI FILLETS . CHUCK - ESC . OR NCF | lb | 1.60 ~~TBA~~ | 2.29 ~~TBA~~ | ###### |
| - TBA AGED SHARP CHED - FARM FRESH | lb | 1.99 ~~TBA~~ | 2.99 ~~TBA~~ | ###### |

## VITAMINS

| | | | | |
|---|---|---|---|---|
| • Ethical Nutrients Bone Builder  -Pricilla Cordray | 60 tabs | $3.73 | ~~$6.95~~ | 46.3% |
| - TwinLab Daily One Caps  -Kathleen-TwinLab | 30 caps | $2.39 | ~~$3.99~~ | 40.1% |
| - TwinLab C-500 Caps  -Kathleen-TwinLab | 100 caps | $2.28 | ~~$3.79~~ | 39.8% |
| - TwinLab Gainers Fuel  -Kathleen-TwinLab | 3.9 lb | $11.91 | ~~$19.95~~ | 40.3% |
| - TwinLab Carob Fuel  -Kathleen-TwinLab | 21.5 oz | $3.63 | ~~$5.99~~ | 39.4% |

X,

Exhibit C



**Boney's**
M A R K E T P L A C E
Effective 3-15-90
thru 3-22-90

## Red Flame, Seedless
# Grapes
# 39¢
lb

## New Crop
# Bartlett Pears
# 29¢
lb



B S I

0 0 4 5 5 4

### Hawaiian
## Papaya
## 98¢ ea

### New Crop. Gravenstein
## Apples
## 49¢ lb

### US #1
## Mushrooms
## 69¢ 8oz pkg

| Canadian **Blueberries** | $1 49 6oz pkg | Crisp Stalk **Celery** | 3 $1 for | Just Arrived **China Peas** | $1 39 lb |
| Fuerte **Avocadoes** | 98¢ ea | New Crop. Medium **Jewel Yams** | 3 $1 lbs | Vitamin Rich **Eggplant** | 2 $1 for |

### Jason
**Satin Body Wash**
$4 39
With Free Sponge!
Aloe Vera...



### Fresh Roasted
**Columbian Coffee**
$4 99 lb

### USDA Choice
**Top Sirloin Steak**
$2 99 b

### R.W. Knudsen
**Apple Juice**
$3 49

Boney's
**Ultimate Caps** $5 99

Boney's
**Premium Granola** $1 39

**Pork Chops** $3 99

**Corn Flakes** $2 29



**BSI**

**0004555**

Hawaiian
# Papaya
**98¢** ea

New Crop. Gravenstein
# Apples
**49¢** lb

US #1
# Mushrooms
**69¢** 8oz pkg

*Canadian*
**Blueberries..** $1.49 6oz pkg

*Crisp Stalk*
**Celery.....** 3 for $1

*Just Arrived*
**China Peas....** $1.39 lb

*Fuerte*
**Avocadoes...** 98¢ ea

*New Crop. Medium*
**Jewel Yams..** 3 for $1 lbs

*Vitamin Rich*
**Eggplant...** 2 for $1

---

Jason
## Satin
## Body Wash
With Free Sponge!
Aloe Vera or Apricot.
**$4.39** 34oz

Fresh Roasted
## Columbian
## Coffee
**$4.99** lb

USDA Choice
## Top Sirloin
## Steak
**$2.99** lb

R.W. Knudsen
## Apple
## Juice
**$3.49** gal unfiltered

Boney's
**Ultimate $5.99** 60 caps
**Caps........**
Multi Vit/Min. Easy to swallow capsule.

Boney's
**Premium $1.39** lb
**Granola...**
Honey or fruit juice sweetened.

Boneless Butterfly Cut
**Pork $3.99** lb
**Chops.....**

Nature's Path
**Corn $2.29** 17.6oz
**Flakes......**
With corn bran.

Boney's · 50 mg
**Chelated $2.59** 100 tabs
**Zinc........**

Bulk Bin Fresh
**Golden $1.29** lb
**Raisins....**

Lean. Low in fat
**Ground 89¢** lb
**Turkey...**

Sonoma Organic
**Apple $1.59** 24oz
**Sauce.......**

Boney's · 500 mg
**L-Lysine....$4.39** 100 caps

**Raw $2.49** lb
**Almonds..**

Monterey
**Jack $1.99** lb
**Cheese.....**

Alta Dena
Honey Sweetened
**Ice Cream...$1.89** qt

Boney's
**Acidophilus $3.29** 100 caps
**Caps........**

**Mini**
**Pretzel 99¢** lb
**Twists....**

Blue Moon Domestic
**Bleu $2.99** lb
**Cheese....**

Boney's
**Date-Nut $1.59** lb
**Bread......**

---

**EL CAJON**
352 N. Second St.
579-8251

**VISTA**
705 E. Vista Way
758-7175

**PACIFIC BEACH**
1260 Garnet Ave
270-8200

**COLLEGE**
6091 University
582-4344

**ESCONDIDO**
510 W. 13th Ave.
745-2141

**HILLCREST**
734 University
295-4569

# Boneys
MARKETPLACE

Effective 5-30-90
thru 6-6-90

### 1st of the Season
### New Crop. California

## Cherries
**69¢** lb

### New Crop. California
## Jumbo Apricots
**49¢** lb

Large Cantaloupe — New Crop. California — **2 $1** for

Italian Squash — New Crop. California — **3 $1** lbs

Bell Peppers — Large Green — **6 $1** for

Super Sweet White Corn...... **4 $1** for

Green or Red Leaf Lettuce............ **3 $1** for

Red or White Rose Potatoes........... **3 $1** lb

Brown Onions............. **5 $1** ea

Hothouse Cucumbers..... **2 $1** for

Green Beans............... **49¢** lb


Reviva Biopure
## Suntan Lotion
with Tyrosine SPF 10
**$4 99** 6oz


## Tasty Bagels
**99¢** 24oz
4 varieties


Light & Golden
## Walnut Halves
**$1 99** lb

Scampi Size
## Black Tiger Shrimp
**$5 99** lb

Rachel Perry
Sea Kelp Scrub........ **$12 75** 8oz
$17.00 Value. Bonus size.

Ruvia Crisp
Snack Bread........ **$1 19** 8oz
6 flavors

Black
Mission Figs........... **$1 29**
Super buy!

T-Bone or Porterhouse Steaks....... **$3 99** lb

Rachel Perry
Citrus... **$**

Whole... **$5 99**

Quick Cooking
Rolled... **8**

Austrian
Swiss Cheese... **$2 99**


New Crop  Large  California
Cantaloupe
2 $1
for


New Crop  Italian  California
Squash
3 $1
lbs


Large  Bell  Green
Peppers
6 $1
for


Super Sweet
White Corn...... 4 $1

Green or Red Leaf
Lettuce............ 3 $1

Red or White Rose
Potatoes........... 3 lb $1

Brown
Onions............. 5 lb $1

Hothouse
Cucumbers..... 2 for $1

Green
Beans.............. 69¢


Reviva Biopure
Suntan
Lotion
with Tyrosine SPF 10
$4 99
6oz


Tasty
Bagels
99¢
24oz
All varieties


Light & Golden
Walnut
Halves
$1 99
lb


Scampi Size
Black Tiger
Shrimp
$5 99
lb

Rachel Perry
Sea Kelp $12 75
Scrub........ 5oz
$17.00 Value. Bonus size.

Ryvita Crisp
Snack $1 19
Bread........ 8.8oz
6 flavors.

Black
Mission $1 29
Figs........... lb
Super buy!

T-Bone or
Porterhouse $3 99
Steaks....... lb

Rachel Perry
Citrus $12 75
Cleanser... 8oz
$17.00 Value. Bonus size.

Whole $3 99
Cashews. lb
Super buy.

Quick Cooking
Rolled
Oats...... 39¢
Super low price. lb

Austrian
Swiss $2 99
Cheese..... lb

Nautre's Way
Slim & $9 95
Trim..........
Four great flavors.

Date $1 49
Pieces...... lb
Great for baking.

Super Moist
Pitted $1 39
Prunes..... lb

Fleur $2 49
de Lait....... lb
Assorted flavors

Boney's
$3 69
KVLB-6.... 100 tabs

Boney's - Sprouted
7-Grain $1 69
Bread........ 24oz
No preservatives!

Raw $2 49
Almonds.. lb
Bulk Bin Fresh!

Mild
Cheddar $1 99
Cheese...... lb

| EL CAJON | VISTA | PACIFIC BEACH | COLLEGE | ESCONDIDO | HILLCREST |
|---|---|---|---|---|---|
| 152 N. Second St. | 705 E. Vista Way | 1260 Garnet Ave | 6091 University | 510 W. 13th Ave | 734 University |
| 579-8251 | 758-7175 | 270-8200 | 582-4344 | 745-2141 | 295-4569 |

B S I

0 0 4 5 5 3



B
S
I

0
0
0
4
5
8
6

s, White ........ 39¢   Navel Oranges ........ 3 $1   Bell Peppers ........ 5 $1   Pippin Apples ........ 49¢

en ........ 3 $1   Black Grapes ........ 69¢   Celery ........ 3 $1   Hothouse Cucumbers ... 2 $1

Chicken
Cordon Bleu
$2.99 lb

Cooked & Peeled
Large Shrimp
$5.99 lb

Ground Sirloin
$1.99 lb

Ground Turkey
79¢ lb

Beef Italian
y ........ $1.99 lb   Fresh Red Snapper ........ $2.69 lb   Beef Back Ribs ........ 99¢ lb   Boneless Chicken Breast ... $2.99 lb

e Hens .... $1.99 lb   Orange Roughy ........ $4.99 lb   Carne Asada ........ $2.99 lb   Stuffed Pork Chops ... $2.99 lb

BINS
oney ates
1.69 lb

PANDA
After the Fat
3 pak Juices
$1.29
Assorted flavors   11.5 oz

DELI
Mild
Cheddar Cheese
$1.69 lb

BAKERY
Boney's Fresh Baked
French Baguette
79¢ 16oz

VITAMINS
KAL
Chromium Picolinate
$3.99
100 caps 200 mcg

ts .... 99¢   R.W. Knudsen Peach Nectar ........ $1.69 qt   Imported Trappist Baby Swiss ........ $2.29 lb   Boney's Fresh Baked Date Nut Bread ........ $1.49 24oz   KAL Imported Brewers Yeast Powder ... $3.95 oz

$1.59
ts .... natural snack!   Millers Honey ...... $3.99 5lb All natural wild honey   Alta Dena Lite Ice Milk .... $2.19 gal   Boney's Fresh Baked Whole Wheat Rosemary Parsley .... $1.49 24oz   KAL 40 Winks ..... $3.59 30 caps

Effective 4-4-90 thru 4-11-90

CAJON
Second St.
9-8251

VISTA
705 E. Vista Way
758-7175

PACIFIC BEACH
1260 Garnet Ave.
270-8200

OLLEGE
Un versity
2-4344

ESCONDIDO
510 W. 13th St.
745-2141

HILLCREST
734 University
295-4569

Boney's
MARKETPLACE
Effective 4/4/90 thru 4/11/90



B S I 0 0 0 4 5 5 5 6



### O'Henry Peaches
**49¢ lb**

Thompson



### Seedless Grapes
**39¢ lb**

New Crop **Sweet Potatoes** — 3 $1 lbs

**Beefsteak Tomatoes** — 39¢ lb

Medium Size **Bell Peppers** — 6 $1 for



Med. Brown **Onions** ..... 4 $1 lbs

Snow White **Cauliflower** ... 49¢ lb

**Green Beans** ...... 69¢



Super Sweet **White Corn** ... 4 $1 for

Hosui **Asian Pears** .. 2 $1 for

Hothouse **Cucumbers** . 2 $1 for

Boney's · 200mcg per cap
**Chromium Picolinate**
**$3 59** 100 caps

Roasted & Salted **Pistachios**
**$2 99** lb

Lean **Ground Chuck**
**$1 69** lb

Assorted Varieties **Alfredo Pasta**
**59¢** 1 lb pkg

Boney's
**Lecithin Granules** ... $2 99

**Peanut Butter Pretzels** ... $2 99

USDA Choice **Fillet Mignon** .... $5 99

Boney's **Pasta Sauce** ....... $2 29

**Co Q10** ... $6 59

Dry

**Salad Dressing** $1 69


**Sweet Potatoes** 3 $1


**Beefsteak Tomatoes** 30¢ lb


Medium Size **Bell Peppers** 6 $1 for

Super Sweet **White Corn**

Frosui **Asian Pears** 4 for

Hothouse **Cucumbers**

B S I

0 0 0 4 5 5 7


Boney's · 200mcg per cap
**Chromium Picolinate** $3 59 100 caps


Roasted & Salted
**Pistachios** $2 99 lb


Lean
**Ground Chuck** $1 69 lb


Assorted Varieties
**Alfredo Pasta** 59¢ 1 lb pkg

Boney's
**Lecithin Granules...** $3 99 16 oz

Boney's
**Co Q10....** $6 59 30 caps
30 mg.

Boney's
**Korean Ginseng....** $3 29 30 caps

Nature's Gate · 18oz
Rainwater Awapuhi
**Shampoo....** $2.99
**Conditioner..** $3.29

**Peanut Butter Pretzels...** $2 99 lb

**Dry Roasted Peanuts** $1 29 lb

**Turkish Apricots..** $2 29 lb

**Pearl Barley....** 33¢

USDA Choice
**Fillet Mignon....** $6 99 lb

Fresh
**Red Snapper...** $2 29 lb

**Pecarino Romano...** $2 99 lb

San Marcos
**Gouda Cheese....** $3 49 lb

Boney's
**Pasta Sauce.......** $2 29 32oz

Hain
**Salad Dressing...** $1 69 12oz
Assorted flavors to choose from.

Alta Dena
**Cottage Cheese.....** $1 39 16 oz
Regular or Lowfat.

Boney's
**French Bread.....** 79¢ 1lb loaf
Baked fresh daily!





Now you can choose from Campbell's 8 most popular varieties made with 1/3 less salt than our regular soups and all the great taste you expect from Campbell. So try them today!

Campbell's Special Request Soups—
M'm! M'm! Good!

ON ANY *Campbell's*
Special Request Soups

15¢ ON ONE

51000 188531

---

COMING SOON TO HILLCREST!



*Bonel's*
MARKETPLACE
EFFECTIVE 9-21 THRU 9-28

## Washington Golden Delicious
## APPLES
## Sweet & Juicy
## NECTARINES



**3** $**1** LBS



**29**¢ LB.

---

### Sweet & Juicy
### CANTALOUPE
**3** FOR $**1**

### Crisp
### CELERY
**2** FOR $**1**

### Large - Thornless
### ARTICHOKES
**2** FOR $**1**

---

Butternut & Acorn
**SQUASH** **39**¢ lb.

President
**PLUMS** **49**¢ lb.

Pippin
**APPLES** **49**¢ lb.

Bosc
**PEARS** **49**¢ lb.

EGG
**PLANT** **2** FOR $**1**

Russet
**POTATOES** **3** $**1**

Med. Garnet
**YAMS** **49**¢ lb.

Hawaiian
**PAPAYAS** **98**¢ ea.

---



Introducing from Rainbow Light... "Living Source" food grown nutrient system in tablet form.
LIVING SOURCE MASTER NUTRIENT SYSTEM



Back By Popular Demand
R. W. Knudsen Family
JUICES
$**1 29**

HONEY DATES
$**1 49**



SWORDFISH STEAKS
$**4 99**

B
S
I

0004560



Sweet & Juicy
CANTALOUPE
3 FOR $1

Crisp
CELERY
2 FOR $1

Large - Thornless
ARTICHOKES
2 FOR $1

Butternut & Acorn
SQUASH 39¢ lb.

President
PLUMS 49¢ lb.

Pippin
APPLES 49¢ lb.

Bosc
PEARS 49¢ lb.

EGG PLANT 2 FOR $1

Russet
POTATOES 3 FOR $1

Med. Garnet
YAMS 49¢ lb.

Hawaiian
PAPAYAS 99¢ ea.

## VITAMINS

Introducing from Rainbow Light ... "Living Source" food grown nutrient system in tablet form.

LIVING SOURCE MASTER NUTRIENT SYSTEM

60 TABS $11.95 Save $5.00

90 TABS $15.95 Save $7.00

Living Source
COMPLETE VITAMIN E SYSTEM $4.25
30 Tabs SAVE $2.00

Living Source
COMPLETE VITAMIN C SYSTEM $4.25
30 Tabs SAVE $2.00

Living Source
COMPLETE IRON NUTRIENT SYSTEM $8.95
60 Tabs SAVE $4.00

Living Source
COMPLETE SELENIUM NUTRIENT SYSTEM $4.25
30 Tabs SAVE $4.00

## PANTRY

Back By Popular Demand
R. W. Knudsen Family
JUICES
$1.29 3 PK
Asst. flavors. 100% natural juices packed in lunch box size disposable containers. Healthy juice in convenient 3 packs.

R.W. Knudsen Family
BAGEL CHIPS $1.49 6 oz.
Fresh Bagels thinly sliced and baked to a fine crispness. Top with flavored cream cheese.

Barbara's
CORN FLAKES $1.59 9 oz.
Mild yellow corn blended with corn bran. The best tasting corn flakes!

Boney's
APPLE JUICE $1.69 ½ Gal
Pure unfiltered Apple goodness!

Alta Dena
COTTAGE CHEESE 89¢ PT
Pure . . . . . . . . . . . . . . . .

## BULK BINS

HONEY DATES
$1.49 lb.
Chewy snacks packed with nutrition.

BANANA CHIPS $1.29
Excellent crunchy natural snack, high in Potassium.

Honey Dipped
PINEAPPLE RINGS $1.69
Lightly sweetened to give a zesty flavor.

Hulled.
MILLET 59¢
Try with stir fry or excellent side dish cooks in 20 minutes.

SESAME STICKS $1.69
Choose from cheese or sesame flavors. Crunchy whole wheat treats

## MEAT & DELI

SWORDFISH STEAKS
$4.99 lb.
Great on the grill!

Smoked
TURKEY SAUSAGE $1.89 lb.
Great on the grill or in your favorite casserole.

BEEF STEW MEAT $1.99 lb.
We've done all the work! Ready for your favorite stew recipe.

Foster Farms
CHICKEN BREASTS $1.99 lb.
Marinate in ginger & pineapple juice for a tropical treat.

Lean
GROUND BEEF $1.49 lb.
Great for burgers or a special meat loaf.

Razor Sharp
ENGLISH CHEDDAR $2.49 lb.

Dry
JACK CHEESE $2.99 lb.
You can grate this cheese like Parmesan.

| EL CAJON | VISTA | ESCONDIDO | SAN DIEGO | PACIFIC BEACH | HILLCREST |
|----------|-------|-----------|-----------|---------------|-----------|
| 152 N. 2nd St. | 705 E. Vista Way | 510 W. 13th Avenue | 6091 University Ave. | 1250 Garnet | 734 University Ave. |
| 579-8251 | 758-7175 | 745-2141 | 582-4344 | 270-8200 | |