USDC SCAN INDEX SHEET











STEPHEN W BONEY INC

BONEY SERVICES INC

RYC   1/21/98   9:33
3:95-CV-00491
*94*
*DECL.*



1  Janice Patrice Brown, Esq. (#114433)
   J. Scott Scheper, Esq. (#155477)
2  SELTZER CAPLAN WILKINS & McMAHON
   A Professional Corporation
3  2100 Symphony Towers
   750 B Street
4  San Diego, California 92101
   Telephone: (619) 685-3003
5
   Attorneys for Defendant
6      BONEY'S SERVICES, INC.

7

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10 STEPHEN W. BONEY, INC.,          )   CASE NO. 950491E (POR)
                                    )
11          Plaintiff,              )   DECLARATION OF JANICE PATRICE BROWN
                                    )   IN OPPOSITION TO PLAINTIFF'S MOTION
12     vs.                          )   FOR PARTIAL SUMMARY JUDGMENT
                                    )
13 BONEY'S SERVICES, INC.,          )   DATE:      February 2, 1998
                                    )   TIME:      10:30 a.m.
14          Defendant.              )   COURTROOM: 3
                                    )   JUDGE:     William B. Enright
15                                  )
                                    )
16 _____)

17
        I, Janice P. Brown, declare as follows:
18
        1.   I am a member of Seltzer Caplan Wilkins & McMahon, counsel
19
   of record for defendant Boney's Services, Inc. ("BSI").   I have
20
   personal knowledge of the facts set forth in this declaration and could
21
   and would testify to those facts if called as a witness.
22
        2.   Attached at Exhibit "A" to this Declarationn is a true and
23
   correct copies of select pages of the Deposition Transcript of Steve
24
   Boney, Volume II, taken on July 19, 1995.
25

26

27

28



1    I declare the following under penalties of perjury under the laws

2    of the United States of America.

3    Executed on January 19, 1998, in San Diego, California.

4

5    _____
     Janice P. Brown

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

CERTIFIED COPY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

STEPHEN W. BONEY, INC.

PLAINTIFF                           NO. 950491E (POR)

VS.                                 DEPOSITION OF

BONEY'S SERVICES, INC.              STEPHEN W. BONEY

DEFENDANTS                          VOLUME II

                                    (Pages 181 - 351)

TAKEN ON:   Wednesday, July 19, 1995

TAKEN AT:   750 B Street, Suite 2100
            San Diego, California

REPORTED BY:  DEBRA A. COVELLI
              CSR NO. 6870



Certified Shorthand Reporters
550 West C Street, Suite 1440 • San Diego, California 92101-8511
(619) 544-8344 • FAX 544-8345

EXHIBIT A

```
 1   APPEARANCES:

 2        PLAINTIFF:   ARTER & HADDEN
                       401 West A Street, 26th Floor
 3                     San Diego, California  92101
                            BY:  HENRY G. KOHLMANN
 4
                       ARTER & HADDEN
 5                     201 California Street, 14th Floor
                       San Francisco, California  94111
 6                          BY:  DENNIS McATEER

 7
          DEFENDANT:   SELTZER CAPLAN WILKINS & McMAHON
 8                     750 B Street, Suite 2100
                       San Diego, California  92101
 9                          BY:  JANICE PATRICE BROWN

10
       VIDEOGRAPHER:   AJL VIDEO TAPING SERVICES
11                     1919 Grand Avenue, Suite 2C
                       San Diego, California  92109
12                          BY:  ROBERT JORDAN

13
       ALSO PRESENT:   STANLEY BONEY
14                     SCOTT BONEY

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

182

VAIL, CHRISTIANS & ASSOCIATES (619) 544-8344

```
           1   Boney's Marketplace in writing?

           2           A.    No.

           3           Q.    Who did you tell, if anyone, that they should

           4   use the trade name Boney's Marketplace?

           5           A.    Stan Boney.

           6           Q.    Why did you tell him that they should use --

           7   and by "they," Scott and Stan -- should use the name

10:29:00   8   Boney's Marketplace for their El Cajon and Vista stores?

           9           A.    I think I was asked.

          10           Q.    Who asked you?

          11           A.    Stan.

          12           Q.    And what did he ask you?

          13           A.    If I thought the name Boney's would sound

          14   good on the stores.

          15           Q.    Any other -- is there any other facts that

10:29:30  16   you can recall that support the allegation in the

          17   complaint that you advised Stan and Scott to commence

          18   using the trade name Boney's Marketplace for the El Cajon

          19   and Vista stores?

          20           A.    No.

          21           Q.    So you recall prior to the opening of the

          22   El Cajon and Vista stores by your brother that Stan asked

          23   you whether you thought that the name Boney's would sound

10:30:00  24   good on the stores?

          25           A.    Yes.

          26           Q.    And that is the sole basis for that part of

          27   the allegation in the complaint?

          28           A.    Yes.
```

1   other -- of the conversation?

2         A.    Yes.

3         Q.    And what are they?

4         A.    I don't want to repeat them.

5         Q.    Why not?

6         A.    They're personal.

7         MR. McATEER:  Are you stating that this doesn't

8   relate at all to the business of the lawsuit, it's

9   personal matters?

10        THE WITNESS:  Correct.

11  BY MS. BROWN:

12        Q.    Did you tell her that you thought things

13  would be better when your father was dead?

14        A.    No.

15        Q.    Did you tell Stan or Scott that they should

10:35:30  16  have outside vendors affix the name Boney's Marketplace on
10:36:00
17  certain goods back in '82 and '83?

18        A.    No.

19        Q.    Have your brothers ever helped you?

10:36:30  20        A.    What do you mean by "helped"?

21        Q.    In any fashion.

22        MR. McATEER:  Objection.  Overbroad.

23        THE WITNESS:  Be more specific.

24  BY MS. BROWN:

25        Q.    Okay.  In business.

26        MR. McATEER:  Objection.  Overbroad.

27        THE WITNESS:  It depends on which occasion.

28  /////

235

VAIL, CHRISTIANS & ASSOCIATES (619) 544-8344

```
          1          MS. BROWN:  Mr. Boney, you're hooked.

          2          THE WITNESS:  Thank you.

          3          THE VIDEOGRAPHER:  Off the record at 3:50 p.m.

          4               (Recess taken.)

15:50:30  5          THE VIDEOGRAPHER:  Back on the record at 3:52 p.m.

15:52:33  6          MR. McATEER:  Could you reask your first question

          7  about 68.

          8  BY MS. BROWN:

          9          Q.   Perhaps I can just say, in light of the

         10  conference that you had with your lawyer, do you need to

         11  change your answer to the question I asked you about

         12  paragraph -- I mean, sentence 1 in paragraph 68?

         13          A.   Yes.

         14          Q.   Go ahead and answer.

15:53:00 15          A.   With regard to the pharmaceutical products

         16  that was actually Windmill Farms private label vitamins

         17  that was changed to be a Boney's label vitamin when the

         18  two Windmill Farm stores were changed to Boney's

         19  Marketplace by Stan and Scott.  And that was in 1985 that

15:53:30 20  we started selling that same line of vitamins in Pacific

         21  Beach under that label.

         22               Then in regard to bakery goods and other

         23  foodstuffs, that was actually in 1986, and that was

15:54:00 24  started in Escondido when we opened that store.

         25          Q.   And what is meant by the "other foodstuffs"?

         26          A.   Other foodstuffs would be cookies, would be

         27  muffins, miscellaneous baked items.

         28          Q.   By "foodstuffs," you mean bakery items
```

**333**

1    basically?

2          A.   Yes.

3          Q.   And all of the foodstuffs that are mentioned

15:54:30 4    there were begun by you or your company in 1986 or

5    thereafter?

6          A.   Yes.

7          Q.   So the pharmaceuticals that are mentioned in

8    the first sentence of paragraph 68 actually were at

9    Steve -- I mean, Stan and Scott's store before you opened

10   your store?

11         A.   Yes.

12         Q.   Did you copy Stan and Scott's use of the

13   pharmaceutical products when you opened up your Escondido

15:55:00 14   store?

15         A.   We used the same suppliers and we used the

16   same product line and it was packed for and distributed

17   by, I believe, the Boney's El Cajon.

18         Q.   So the answer is yes?

19         A.   It wasn't Stan and Scott's then.  It was

20   whatever the entity was, the Boney's Marketplace in

21   El Cajon.

22         Q.   Was it Boney & Boney, Inc.?

23         A.   If that's what the ownership was there.

15:55:30 24         Q.   So your store in Escondido copied the

25   pharmaceutical product from Boney & Boney, Inc.?

26         MR. McATEER:  That mischaracterizes his testimony.

27         MS. BROWN:  No.  I'm asking --

28         MR. McATEER:  I believe he said he bought it from.

334

VAIL, CHRISTIANS & ASSOCIATES (619) 544-8344

1   BY MS. BROWN:

2          Q.    I'm asking the question, okay.

3                Did you copy the pharmaceutical products that

4   carried the name Boney's Marketplace from the El Cajon

5   Boney's Marketplace store when you opened your store in

6   Escondido?

7          A.    No.  We purchased it from the same supplier,

8   and that supplier furnished us with that product line.

15:56:00  9        Q.    At the time that you purchased it from the

10  supplier in 1986, your brothers had already been using

11  that product, correct?

12         A.    Correct.

13         Q.    They had been selling the pharmaceuticals

14  with Boney's Marketplace name on it?

15         A.    Correct.

16         Q.    And you just went to the same supplier and

17  sold the same product at your stores?

18         A.    Correct.

19         Q.    Did your -- prior to your opening of the

20  store -- your store in Escondido, did your brothers have

21  bakery good items that used the Boney Marketplace name?

15:56:30 22        A.    Not that I recall.

23         Q.    You can't recall one way or the other?

24         MR. McATEER:  By the way, this subject matter area

25  was extensively examined by Mr. Courter if you look

26  through the transcript.  And so you're getting into an

27  area that was fully covered on the bakery goods that they

28  were supplying and that he was supplying during the

**ORIGINAL**

Janice Patrice Brown, Esq. (#114433)
J. Scott Scheper, Esq. (#155477)
SELTZER CAPLAN WILKINS & McMAHON
A Professional Corporation
2100 Symphony Towers
750 B Street
San Diego, California 92101
Telephone: (619) 685-3003

Attorneys for Defendant
    BONEY'S SERVICES, INC.

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN W. BONEY, INC., | CASE NO. 950491E (POR) |
| Plaintiff, | **DECLARATION OF SERVICE BY** |
| vs. | **FACSIMILE AND FEDERAL EXPRESS** |
| BONEY'S SERVICES, INC., | |
| Defendant. | |

**DECLARATION OF SERVICE BY FACSIMILE AND FEDERAL EXPRESS**

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action; I am employed in the County of San Diego, California; my business address is 2100 Symphony Towers, 750 B Street, San Diego, California 92101; and that I served the following document:

MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

DECLARATION OF STANLEY BONEY OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; and

DECLARATION OF JANICE PATRICE BROWN IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1   on the below named person(s) by faxing a copy and placing a copy in a

2   separate envelope, for each address named below, and depositing each

3   to be served via Federal Express, at San Diego, California, on

4   January 19, 1998.

5   Henry G. Kohlman              Attorneys for Plaintiff
    Arter & Hadden                STEPHEN W. BONEY, INC.
6   Jamboree Center               Tel:  (714) 252-7500
    Five Park Plaza, Ste. 1000    Fax:  (714) 252-0961
7   Irvine, CA 92714

8   Dennis McAteer, Esq.          Attorneys for Plaintiff
    Terry J. Mollica, Esq.        STEPHEN W. BONEY, INC.
9   Arter & Hadden
    201 California Street, 14th Flr.
10  San Francisco, CA  94111

11        I declare under penalty of perjury of the laws of the United

12  States that the foregoing is true and correct.   Executed on

13  January 19, 1998, at San Diego, California.

14

15                                          Laura L. Brown

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-